UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
              *Plaintiff*,     )          File No.
                               )     5:24-CR-00200-D-BM-6
     v.                        )
                               )
SHAKEIM WEEKS,                 )
                               )
              *Defendant*.     )

              * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                    THURSDAY, MAY 22, 2025
              TRANSCRIPT OF SENTENCING HEARING
         BEFORE THE HONORABLE JAMES C. DEVER III
              UNITED STATES DISTRICT JUDGE

     **(PURSUANT TO STANDING ORDER 22-SO-1, PORTIONS OF ALL
     GUILTY PLEA AND SENTENCING TRANSCRIPTS ARE RESTRICTED)**

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

     CASEY PEADEN, ESQUIRE
     U.S. ATTORNEY'S OFFICE
     150 FAYETTEVILLE STREET, SUITE 2100
     RALEIGH, NORTH CAROLINA 27601

ON BEHALF OF THE DEFENDANT:

     F. HILL ALLEN, IV, ESQUIRE
     COLIN SHIVE, ESQUIRE
     THARRINGTON SMITH
     150 FAYETTEVILLE STREET, SUITE 1800
     RALEIGH, NORTH CAROLINA 27601

                 JENNIFER C. CARROLL, RMR, CRR, CRC
                     OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
                      RALEIGH, NORTH CAROLINA
              STENOTYPE WITH COMPUTER-AIDED TRANSCRIPTION

| | |
|---|---|
| | 1 |
| 13:38:05 | 2 |
| 13:38:05 | 3 |
| 13:38:07 | 4 |
| 13:39:35 | 5 |
| 13:39:56 | 6 |
| 13:39:58 | 7 |
| 13:40:00 | 8 |
| 13:40:02 | 9 |
| 13:40:03 | 10 |
| 13:40:04 | 11 |
| 13:40:05 | 12 |
| 13:40:07 | 13 |
| 13:40:09 | 14 |
| 13:40:18 | 15 |
| 13:40:19 | 16 |
| 13:40:22 | 17 |
| 13:40:25 | 18 |
| 13:40:28 | 19 |
| 13:40:28 | 20 |
| 13:40:28 | 21 |
| 13:40:31 | 22 |
| 13:40:33 | 23 |
| 13:40:35 | 24 |
| 13:40:35 | 25 |

1  THURSDAY, MAY 22, 2025, AT 1:38 P.M.

2  **P R O C E E D I N G S**

3  THE COURT:  WE'LL NEXT TAKE UP THE SENTENCING OF

4  SHAKEIM WEEKS.

5  (DEFENDANT IS ESCORTED INTO THE COURTROOM.)

6  THE COURT:  GOOD AFTERNOON, MR. ALLEN AND

7  MR. SHIVE.  ARE YOU AND MR. WEEKS READY TO PROCEED?

8  MR. ALLEN:  WE ARE, YOUR HONOR.  THANK YOU.

9  THE COURT:  AND GOOD AFTERNOON, MS. PEADEN.  IS

10  THE UNITED STATES READY?

11  MS. PEADEN:  GOOD AFTERNOON, YOUR HONOR.  WE ARE.

12  THE COURT:  AT THIS TIME I WOULD ASK THAT

13  MR. WEEKS BE SWORN OR AFFIRMED.

14  (THE DEFENDANT IS ADMINISTERED THE OATH.)

15  THE COURT:  MR. WEEKS, DO YOU UNDERSTAND THAT

16  HAVING BEEN SWORN, THAT YOUR ANSWERS TO MY QUESTIONS ARE

17  SUBJECT TO THE PENALTY OF PERJURY AND IF YOU WERE TO LIE TO

18  ME, YOU COULD BE PROSECUTED FOR PERJURY OR FOR MAKING A

19  FALSE STATEMENT?

20  THE DEFENDANT:  YES, SIR.

21  THE COURT:  HAVE YOU TAKEN ANY KIND OF MEDICINE OR

22  ANY OTHER SUBSTANCE IN THE LAST 48 HOURS THAT AFFECTS YOUR

23  ABILITY TO HEAR AND UNDERSTAND THIS PROCEEDING?

24  THE DEFENDANT:  NO, SIR.

25  THE COURT:  DO YOU KNOW WHY YOU'RE HERE TODAY?

13:40:36  1          THE DEFENDANT:  YES, SIR.

13:40:37  2          THE COURT:  MR. ALLEN, DO YOU HAVE ANY REASON TO

13:40:38  3  DOUBT MR. WEEKS'S COMPETENCE TO GO FORWARD TODAY?

13:40:41  4          MR. ALLEN:  I DO NOT, YOUR HONOR.

13:40:42  5          THE COURT:  DOES THE UNITED STATES HAVE ANY REASON

13:40:43  6  TO DOUBT MR. WEEKS'S COMPETENCE TO GO FORWARD TODAY?

13:40:45  7          MS. PEADEN:  NO, YOUR HONOR.

13:40:45  8          THE COURT:  BASED ON MR. WEEKS'S ANSWERS TO MY

13:40:47  9  QUESTIONS, MY OBSERVATIONS OF HIM, THE ANSWERS FROM

13:40:50  10 COUNSEL, I FIND THAT HE IS COMPETENT.

13:40:51  11         MR. WEEKS, YOU'RE HERE TODAY HAVING ENTERED A PLEA

13:40:54  12 OF GUILTY TO THE CHARGE OF CONSPIRACY TO DISTRIBUTE AND

13:40:58  13 POSSESS WITH THE INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF

13:41:01  14 A MIXTURE OR SUBSTANCE CONTAINING A DETECTIBLE AMOUNT OF

13:41:05  15 FENTANYL.  YOU ENTERED A PLEA OF GUILTY TO THAT CHARGE IN

13:41:08  16 THIS COURT.  THE SENTENCING GUIDELINES ARE NO LONGER

13:41:10  17 MANDATORY; THEY'RE ADVISORY.  NEVERTHELESS, I'M TO TAKE

13:41:13  18 INTO ACCOUNT THE NOW ADVISORY GUIDELINES.  I DO THIS BY

13:41:15  19 INITIALLY MAKING FINDINGS OF FACT AND CALCULATING AN

13:41:17  20 ADVISORY GUIDELINE RANGE.  I'LL THEN CONSIDER ANY MOTION

13:41:20  21 THAT MIGHT BE MADE THAT MIGHT MOVE THAT RANGE EITHER UP OR

13:41:23  22 DOWN.  I'LL THEN CONSIDER ALL ARGUMENTS THAT MR. ALLEN

13:41:25  23 MAKES ON YOUR BEHALF, BOTH HERE IN COURT AND THE ONES HE'S

13:41:28  24 ALREADY MADE IN THE MEMO HE SUBMITTED, ANY STATEMENT YOU

13:41:31  25 WOULD LIKE TO MAKE, AND THE ARGUMENTS OF THE ASSISTANT

13:41:32  1  UNITED STATES ATTORNEY.  I'LL THEN DETERMINE YOUR SENTENCE

13:41:34  2  AND I'LL ANNOUNCE IT HERE IN COURT TODAY.  THAT WILL BE THE

13:41:37  3  PROCESS WE'LL FOLLOW.

13:41:38  4          MR. ALLEN, DID YOU RECEIVE A COPY OF THE

13:41:40  5  PRESENTENCE REPORT?

13:41:40  6          MR. ALLEN:  WE DID, YOUR HONOR.

13:41:41  7          THE COURT:  MR. WEEKS, DID YOU SPEAK WITH YOUR

13:41:43  8  LAWYER, MR. ALLEN, ABOUT THAT REPORT?

13:41:45  9          THE DEFENDANT:  YES, SIR.

13:41:45  10         THE COURT:  AT THIS TIME THE COURT DIRECTS THAT

13:41:47  11 THE PRESENTENCE REPORT BE PLACED IN THE RECORD UNDER SEAL

13:41:49  12 IN ACCORDANCE WITH RULE 32 OF THE FEDERAL RULES OF CRIMINAL

13:41:52  13 PROCEDURE.  THE COURT ACCEPTS AS ACCURATE THE PRESENTENCE

13:41:55  14 REPORT EXCEPT AS TO MATTERS IN DISPUTE AS SET FORTH IN THE

13:41:57  15 ADDENDUM.  I HAVE REVIEWED THE ENTIRE REPORT, INCLUDING THE

13:42:00  16 ADDENDUM.  THE ADDENDUM DOES CONTAIN AN OBJECTION, AND THEN

13:42:08  17 THE MEMO EXPOUNDED UPON THAT.

13:42:11  18         SO, MR. ALLEN, DOES -- DOES EITHER SIDE WANT TO

13:42:15  19 PUT ON EVIDENCE ASSOCIATED WITH THE OBJECTION?

13:42:17  20         MS. PEADEN:  THE GOVERNMENT DOES INTEND TO CALL

13:42:18  21 THE DETECTIVE, YOUR HONOR.

13:42:19  22         THE COURT:  OKAY.  DOES THE DEFENSE WANT TO PUT ON

13:42:21  23 EVIDENCE?

13:42:22  24         MR. ALLEN:  WE DO NOT NEED TO, YOUR HONOR.  THANK

13:42:24  25 YOU.

| 13:42:24 | 1 | THE COURT: ALL RIGHT. THEN I'LL HEAR THE |
| 13:42:25 | 2 | EVIDENCE FIRST AND THEN I'LL HEAR ARGUMENTS ABOUT IT. SO |
| 13:42:27 | 3 | THE UNITED STATES MAY CALL ITS WITNESS. |
| 13:42:29 | 4 | MS. PEADEN: THANK YOU, YOUR HONOR. WE CALL |
| 13:42:31 | 5 | DETECTIVE MATTHEW WESCOE. |
| 13:42:41 | 6 | THE CLERK: PLEASE STATE YOUR NAME FOR THE COURT. |
| 13:42:43 | 7 | THE WITNESS: MATTHEW WESCOE. |
| 13:42:45 | 8 | THE CLERK: IF YOU WOULD SPELL YOUR NAME FOR THE |
| 13:42:46 | 9 | COURT. |
| 13:42:46 | 10 | THE WITNESS: M-A-T-T-H-E-W, W-E-S-C-O-E. |
| 13:42:46 | 11 | **MATTHEW WESCOE,** |
| 13:42:59 | 12 | WAS FIRST DULY SWORN AND TESTIFIED AS FOLLOWS: |
| 13:42:59 | 13 | THE COURT: GOOD AFTERNOON, AGENT. |
| 13:43:01 | 14 | YOU MAY EXAMINE THE WITNESS. |
| 13:43:02 | 15 | MS. PEADEN: THANK YOU, YOUR HONOR. |
| 13:43:02 | 16 | DIRECT EXAMINATION BY MS. PEADEN: |
| 13:43:04 | 17 | Q. GOOD AFTERNOON. |
| 13:43:05 | 18 | A. GOOD AFTERNOON. |
| 13:43:05 | 19 | Q. WHAT DO YOU DO FOR A LIVING? |
| 13:43:06 | 20 | A. I AM A DETECTIVE WITH THE RALEIGH POLICE DEPARTMENT |
| 13:43:08 | 21 | AND A TASK FORCE OFFICER WITH THE ATF. |
| 13:43:11 | 22 | Q. HOW LONG HAVE YOU BEEN EMPLOYED BY THE RALEIGH POLICE |
| 13:43:11 | 23 | DEPARTMENT? |
| 13:43:14 | 24 | A. SINCE 2015. |
| 13:43:14 | 25 | Q. AND HOW LONG HAVE YOU BEEN A TASK FORCE OFFICER WITH |

13:43:17  1  THE ATF?

13:43:18  2  A.   SINCE 2022.

13:43:20  3  Q.   IN YOUR CAPACITY WITH THE RALEIGH POLICE DEPARTMENT

13:43:22  4  AND THE ATF, ARE YOU FAMILIAR WITH THE INVESTIGATION

13:43:24  5  INVOLVING SHAKEIM WEEKS?

13:43:26  6  A.   I AM.

13:43:26  7  Q.   THIS DRUG TRAFFICKING ORGANIZATION WAS OBTAINING

13:43:31  8  FENTANYL PILLS FROM MULTIPLE SOURCES; IS THAT CORRECT?

13:43:33  9  A.   THAT'S CORRECT.

13:43:33  10  Q.   WHEN THE GROUP WOULD OBTAIN PILLS FROM ARIZONA, HOW

13:43:36  11  WERE THOSE PILLS TRANSPORTED TO NORTH CAROLINA?

13:43:38  12  A.   BY BUS OR BY AIRPLANE.

13:43:40  13  Q.   AND WHEN THE PILLS WERE TRANSPORTED BY BUS OR

13:43:43  14  AIRPLANE, WOULD A MEMBER OF THE DRUG TRAFFICKING

13:43:44  15  ORGANIZATION TRAVEL WITH THOSE PILLS BACK TO NORTH

13:43:48  16  CAROLINA?

13:43:48  17  A.   YES.

13:43:48  18  Q.   DURING THE COURSE OF THIS INVESTIGATION, DID MULTIPLE

13:43:52  19  MEMBERS OF THE DTO FULFILL THE ROLE OF THE INDIVIDUAL

13:43:56  20  TRAVELING BACK WITH THE PILLS?

13:43:57  21  A.   YES.

13:43:58  22  Q.   FOR EXAMPLE, IS RIDING THE BUS BACK TO NORTH CAROLINA

13:44:01  23  WITH THE PILLS A JOB THAT DAKOTA HENDERSON DID AT LEAST

13:44:05  24  ONCE DURING THIS INVESTIGATION?

13:44:06  25  A.   YES.

13:44:07 1   Q.   WAS MR. WEEKS -- SHAKEIM WEEKS ARRESTED AFTER ARRIVING

13:44:11 2   IN DURHAM VIA GREYHOUND BUS IN JUNE OF 2024?

13:44:14 3   A.   HE WAS.

13:44:15 4   Q.   AT THAT TIME, WAS HE IN POSSESSION OF APPROXIMATELY 11

13:44:19 5   KILOGRAMS OF FENTANYL PILLS?

13:44:20 6   A.   YES.

13:44:21 7   Q.   ROUGHLY, HOW MANY PILLS DID MR. WEEKS HAVE?

13:44:23 8   A.   THAT WOULD AMOUNT TO ABOUT A HUNDRED THOUSAND.

13:44:26 9   Q.   AND WERE THOSE PILLS PACKAGED IN LEGO BOXES WHEN THEY

13:44:29 10  WERE SEIZED?

13:44:30 11  A.   THEY WERE.

13:44:30 12  Q.   IS THAT CONSISTENT WITH OTHER SEIZURES OF FENTANYL

13:44:33 13  PILLS FROM THIS DTO?

13:44:35 14  A.   IT IS.

13:44:36 15  Q.   WHERE DID THE BUS THAT MR. WEEKS ARRIVED IN DURHAM

13:44:39 16  ORIGINATE FROM?

13:44:40 17  A.   PHOENIX, ARIZONA.

13:44:41 18  Q.   DO YOU KNOW HOW MR. SHAKEIM WEEKS ENDED UP IN PHOENIX?

13:44:45 19  A.   HE TRAVELED OUT THERE SEVERAL DAYS BEFORE HE LEFT.

13:44:48 20  Q.   WHO DID SHAKEIM TRAVEL TO PHOENIX WITH?

13:44:50 21  A.   ISAIAH WEEKS.

13:44:53 22  Q.   DO YOU KNOW WHERE SHAKEIM STAYED WHILE HE WAS IN

13:44:56 23  ARIZONA?

13:44:56 24  A.   AT AN AIRBNB.

13:44:58 25  Q.   DO YOU KNOW WHO STAYED AT THAT AIRBNB WITH SHAKEIM?

| | | |
|---|---|---|
| 13:45:01 | 1 | A.   ALSO ISAIAH WEEKS. |
| 13:45:03 | 2 | Q.   WHY DO YOU THINK THAT THE TWO OF THEM STAYED AT AN |
| 13:45:05 | 3 | AIRBNB IN ARIZONA? |
| 13:45:07 | 4 | A.   THERE'S TEXT MESSAGES IN SHAKEIM'S PHONE DESCRIBING A |
| 13:45:12 | 5 | PUTT-PUTT COURSE AND A POOL IN THE BACKYARD. |
| 13:45:15 | 6 | Q.   IN THE BACKYARD OF THE AIRBNB THAT THE TWO OF THEM ARE |
| 13:45:18 | 7 | STAYING AT? |
| 13:45:19 | 8 | A.   YES. |
| 13:45:19 | 9 | Q.   IS THERE ANY EVIDENCE THAT THIS DRUG TRAFFICKING |
| 13:45:21 | 10 | ORGANIZATION PREVIOUSLY HAD PILLS DELIVERED TO THEM AT |
| 13:45:25 | 11 | AIRBNBs? |
| 13:45:26 | 12 | A.   YES. |
| 13:45:27 | 13 | Q.   SO SHAKEIM TRAVELS TO PHOENIX WITH ISAIAH, AND THEN |
| 13:45:31 | 14 | STAYS WITH ISAIAH WHILE HE'S IN PHOENIX; IS THAT RIGHT? |
| 13:45:35 | 15 | A.   THAT'S CORRECT. |
| 13:45:35 | 16 | Q.   IS THERE ANY EVIDENCE THAT SHAKEIM KNEW WHY HE AND |
| 13:45:39 | 17 | ISAIAH WERE TRAVELING TO PHOENIX? |
| 13:45:40 | 18 | A.   YES. |
| 13:45:40 | 19 | Q.   DO YOU GET SOME OF THAT EVIDENCE FROM SHAKEIM'S CELL |
| 13:45:44 | 20 | PHONE DOWNLOAD? |
| 13:45:44 | 21 | A.   I DID. |
| 13:45:44 | 22 | Q.   ON MAY 17TH, DID SHAKEIM TELL TWO DIFFERENT PEOPLE |
| 13:45:48 | 23 | THAT HIM AND HIS NEPHEW WERE TALKING ABOUT GETTING ONE |
| 13:45:51 | 24 | HUNDRED BAGS? |
| 13:45:52 | 25 | A.   YES. |

| | | |
|---|---|---|
| 13:45:53 | 1 | Q.  IS ISAIAH WEEKS SHAKEIM'S NEPHEW? |
| 13:45:56 | 2 | A.  HE IS. |
| 13:45:56 | 3 | Q.  AND BASED ON YOUR EXPERIENCE AND IN THE CONTEXT OF |
| 13:46:00 | 4 | THIS INVESTIGATION, WHAT'S "A HUNDRED BAGS" REFERRING TO? |
| 13:46:03 | 5 | A.  A HUNDRED THOUSAND FENTANYL PILLS. |
| 13:46:06 | 6 | Q.  AND MAY 17TH, WHEN SHAKEIM IS DISCUSSING GOING TO GET |
| 13:46:11 | 7 | A HUNDRED BAGS, IS THAT ABOUT TWO WEEKS BEFORE HIM AND |
| 13:46:13 | 8 | ISAIAH LEFT FOR PHOENIX? |
| 13:46:15 | 9 | A.  YES. |
| 13:46:15 | 10 | Q.  OTHER THAN SHAKEIM BEING ARRESTED IN POSSESSION OF A |
| 13:46:19 | 11 | HUNDRED THOUSAND FENTANYL PILLS, ARE THERE MESSAGES IN HIS |
| 13:46:22 | 12 | PHONE THAT SUGGEST HE'S TALKING ABOUT FENTANYL PILLS IN |
| 13:46:25 | 13 | THESE CONVERSATIONS? |
| 13:46:25 | 14 | A.  YES. |
| 13:46:28 | 15 | Q.  DO YOU HAVE GOVERNMENT'S EXHIBIT 1 IN FRONT OF YOU? |
| 13:46:31 | 16 | A.  I DO. |
| 13:46:45 | 17 | Q.  WHAT IS GOVERNMENT'S EXHIBIT 1? |
| 13:46:47 | 18 | A.  A TEXT MESSAGE THREAD FROM SHAKEIM WEEKS'S PHONE. |
| 13:46:52 | 19 | Q.  ARE THESE TEXT MESSAGES THAT YOU REVIEWED ON THE |
| 13:46:54 | 20 | DOWNLOAD FROM SHAKEIM'S PHONE PURSUANT TO A SEARCH WARRANT? |
| 13:46:56 | 21 | A.  YES. |
| 13:46:56 | 22 | Q.  DO THEY APPEAR TO HAVE BEEN ALTERED IN ANY WAY? |
| 13:46:59 | 23 | A.  NO. |
| 13:47:00 | 24 | MS. PEADEN:  YOUR HONOR, OFFER GOVERNMENT'S |
| 13:47:02 | 25 | EXHIBIT 1. |

| | | |
|---|---|---|
| 13:47:02 | 1 | THE COURT:  LET IT BE RECEIVED. |
| 13:47:04 | 2 | (GOVERNMENT'S EXHIBIT 1 IS RECEIVED.) |
| 13:47:05 | 3 | Q.   IN THIS CONVERSATION DEPICTED IN EXHIBIT 1, WHAT COLOR |
| 13:47:09 | 4 | MESSAGES ARE BEING SENT FROM SHAKEIM'S PHONE? |
| 13:47:12 | 5 | A.   THE WHITE MESSAGES. |
| 13:47:13 | 6 | Q.   AND IF WE LOOK AT THE TIMESTAMPS IN THIS MESSAGE |
| 13:47:18 | 7 | THREAD, ARE THE OLDER MESSAGES ACTUALLY AT THE BOTTOM? |
| 13:47:23 | 8 | A.   THEY ARE. |
| 13:47:24 | 9 | Q.   OKAY.  SO WE LOOK AT THE THIRD MESSAGE FROM THE TOP. |
| 13:47:29 | 10 | A.   OKAY. |
| 13:47:30 | 11 | Q.   WE SEE HERE SHAKEIM IS TALKING ABOUT GOING TO GET A |
| 13:47:35 | 12 | HUNDRED BAGS.  IS THAT ONE OF THE MESSAGES YOU WERE |
| 13:47:37 | 13 | REFERRING TO? |
| 13:47:37 | 14 | A.   YES. |
| 13:47:37 | 15 | Q.   AND THAT ONE WAS SENT ON MAY 17TH? |
| 13:47:39 | 16 | A.   YES. |
| 13:47:40 | 17 | Q.   AFTER THAT MESSAGE, WE LOOK AT THE TOP MESSAGE, |
| 13:47:43 | 18 | SHAKEIM SAYS, "I'M GOING TO HAVE THEM JERKS ON DECK TOO." |
| 13:47:47 | 19 | IS THAT RIGHT? |
| 13:47:47 | 20 | A.   THAT'S CORRECT. |
| 13:47:48 | 21 | Q.   BASED ON YOUR EXPERIENCE AND IN THIS CONTEXT, WHAT ARE |
| 13:47:52 | 22 | "JERKS" REFERRING TO? |
| 13:47:52 | 23 | A.   THEY WOULD BE REFERRING TO FENTANYL PILLS. |
| 13:47:54 | 24 | Q.   IF WE TURN TO THE SECOND PAGE OF EXHIBIT 1.  LOOKING |
| 13:48:03 | 25 | DOWN AT THE LAST MESSAGE ON THAT PAGE, WHAT'S THE DATE AND |

13:48:06   1   TIME ON THAT ONE?

13:48:09   2   A.   MAY 17TH, 2024, AT 10:14 A.M.

13:48:13   3   Q.   SO THIS IS ABOUT A MINUTE AFTER SHAKEIM IS TALKING

13:48:16   4   ABOUT WHAT HE CALLS JERKS?

13:48:18   5   A.   YES.

13:48:18   6   Q.   WHAT'S SHAKEIM SAYING IN THE BOTTOM MESSAGE ON THIS

13:48:21   7   PAGE OF EXHIBIT 1?

13:48:24   8   A.   HE'S ADVISING THAT HE WANTS TO BE ABLE TO GIVE THE

13:48:27   9   FENTANYL PILLS TO OTHER PEOPLE TO SELL FOR HIM.  AND HE

13:48:32   10  WOULD STAY BEHIND THE SCENES BECAUSE HE HAS RIMS AND A

13:48:37   11  FLASHY LIFESTYLE, SO HE'S TRYING TO STAY OFF LAW

13:48:40   12  ENFORCEMENT'S RADAR.

13:48:43   13  Q.   ALL RIGHT.  I'M SHOWING YOU WHAT'S BEEN MARKED AS

13:48:46   14  GOVERNMENT'S EXHIBIT 2.  DO YOU HAVE A COPY OF THAT ONE IN

13:48:48   15  FRONT OF YOU ALSO?

13:48:49   16  A.   YES.

13:48:49   17  Q.   AND DO YOU RECOGNIZE GOVERNMENT'S EXHIBIT 2?

13:48:52   18  A.   I DO.

13:48:53   19  Q.   WHAT'S THIS ONE?

13:48:54   20  A.   IT'S ANOTHER CONVERSATION THREAD FROM SHAKEIM WEEKS'S

13:48:59   21  CELL PHONE.

13:48:59   22  Q.   DO THESE MESSAGES APPEAR TO HAVE BEEN ALTERED IN ANY

13:49:01   23  WAY SINCE YOU REVIEWED THEM ON THE DOWNLOAD OF SHAKEIM

13:49:05   24  WEEKS'S CELL PHONE?

13:49:05   25  A.   NO.

| | |
|---|---|
| 13:49:06 | 1 |
| 13:49:08 | 2 |
| 13:49:09 | 3 |
| 13:49:09 | 4 |
| 13:49:09 | 5 |

13:49:06  1      MS. PEADEN:  YOUR HONOR, THE GOVERNMENT OFFERS

13:49:08  2  EXHIBIT 2.

13:49:09  3      THE COURT:  IT WILL BE RECEIVED.

13:49:09  4       (GOVERNMENT'S EXHIBIT 2 IS RECEIVED.)

13:49:09  5  Q.   AND IN THIS CONVERSATION, ARE SHAKEIM'S MESSAGES AGAIN

13:49:13  6  DEPICTED IN THE WHITE BUBBLES?

13:49:14  7  A.   THEY ARE.

13:49:14  8  Q.   AND IN THESE MESSAGES, WHO IS SHAKEIM TALKING TO?

13:49:18  9  A.   IT'S A CONTACT LABELED "SBG STORMO."

13:49:21  10  Q.   IS THIS A DIFFERENT PERSON THAN SHAKEIM WAS TALKING TO

13:49:24  11  IN GOVERNMENT'S EXHIBIT 1?

13:49:25  12  A.   YES.

13:49:26  13  Q.   IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE, THAT

13:49:30  14  MESSAGE ON THE VERY BOTTOM, WHAT'S SHAKEIM SAYING IN THIS

13:49:33  15  TEXT MESSAGE?

13:49:34  16  A.   THAT HE'S TRYING TO COME UP WITH A PLAN FOR THE ENTIRE

13:49:39  17  GANG TO MAKE MONEY, AND THAT HE WAS TOLD THAT STORMO WAS ON

13:49:45  18  ANKLE MONITOR AND THAT HIS ABILITY TO MOVE AROUND WOULD BE

13:49:50  19  LIMITED BECAUSE OF THAT.  AND THEN HE ASKED HIM WHAT KIND

13:49:53  20  OF DRUGS HE SELLS.

13:49:54  21  Q.   IN THAT LAST MESSAGE ON PAGE 1 OF EXHIBIT 2, SHAKEIM

13:49:59  22  SAYS, "BITY," B-I-T-Y.  DOES THAT MEAN ANYTHING TO YOU?

13:50:03  23  A.   IT'S HOW BLOODS WOULD SPELL "CITY."  THEY TAKE THE "C"

13:50:08  24  OFF THE FRONT.

13:50:09  25  Q.   AND IS THAT SOMETHING THAT YOU SAW THROUGHOUT

| | | |
|---|---|---|
| 13:50:11 | 1 | SHAKEIM'S PHONE, THAT HE WOULD USE THE WORD BITY INSTEAD OF |
| 13:50:16 | 2 | THE WORD CITY? |
| 13:50:16 | 3 | A.   YES. |
| 13:50:16 | 4 | Q.   THAT'S BECAUSE YOU BELIEVE SHAKEIM TO BE -- OR BASED |
| 13:50:19 | 5 | ON HIS GANG INVOLVEMENT; IS THAT RIGHT? |
| 13:50:21 | 6 | A.   YES. |
| 13:50:21 | 7 | Q.   WE TURN TO THE SECOND PAGE OF GOVERNMENT'S EXHIBIT 2. |
| 13:50:24 | 8 | AGAIN, GO DOWN TO THE BOTTOM OF THE PAGE.  THAT LAST |
| 13:50:31 | 9 | MESSAGE WE SEE SHAKEIM, AGAIN, TALKING ABOUT GOING TO GET A |
| 13:50:35 | 10 | HUNDRED BAGS WITH HIS NEPHEW.  IS THAT ONE OF THE MESSAGES |
| 13:50:37 | 11 | YOU REFERRED TO EARLIER? |
| 13:50:37 | 12 | A.   YES. |
| 13:50:38 | 13 | Q.   AND THE DATE ON THAT MESSAGE IS MAY 17TH; IS THAT |
| 13:50:40 | 14 | RIGHT? |
| 13:50:40 | 15 | A.   THAT'S CORRECT. |
| 13:50:42 | 16 | Q.   BASED ON YOUR EXPERIENCE, THIS CONVERSATION THAT |
| 13:50:45 | 17 | SHAKEIM IS HAVING WITH THE CONTACT LABELED "STORMO," IS |
| 13:50:50 | 18 | SHAKEIM TALKING ABOUT HELPING THIS PERSON GET BACK ON THEIR |
| 13:50:52 | 19 | FEET? |
| 13:50:53 | 20 | A.   YES. |
| 13:50:54 | 21 | Q.   HOW DOES SHAKEIM PLAN TO DO SO BASED ON THESE |
| 13:50:57 | 22 | MESSAGES? |
| 13:50:57 | 23 | A.   WELL, THAT MESSAGE HE INDICATES HE'S GOING TO PROVIDE |
| 13:51:01 | 24 | THE FENTANYL PILLS TO HIM AT A FRONTED BASIS, MEANING THAT |
| 13:51:04 | 25 | HE WOULD PAY HIM AFTER THE PILLS ARE SOLD. |

| | | |
|---|---|---|
| 13:51:07 | 1 | Q. WE SEE IN THE THIRD MESSAGE FROM THE TOP, THE CONTACT |
| 13:51:11 | 2 | LABELED STORMO SAYS, "AND I'LL BRING YOU BACK YOUR SHARE." |
| 13:51:13 | 3 | WHAT'S THAT MEAN? |
| 13:51:14 | 4 | A. THAT'S STORMO AGREEING WITH THAT PLAN, THAT AFTER THE |
| 13:51:17 | 5 | DRUGS ARE SOLD, HE WOULD BRING BACK HIS SHARE. |
| 13:51:21 | 6 | Q. SO THE TWO OF THEM ARE CONTEMPLATING SHAKEIM OBTAINING |
| 13:51:24 | 7 | FENTANYL PILLS AND PROVIDING THEM TO THIS INDIVIDUAL AT NO |
| 13:51:27 | 8 | COST UPFRONT, FOR THE INDIVIDUAL TO THEN GO SELL THE DRUGS |
| 13:51:31 | 9 | AND RETURN TO SHAKEIM WITH SOME PROFIT; IS THAT RIGHT? |
| 13:51:33 | 10 | A. THAT'S CORRECT. |
| 13:51:33 | 11 | Q. AND HOW DOES SHAKEIM RESPOND WHEN THE INDIVIDUAL SAYS |
| 13:51:37 | 12 | HE WILL BRING HIM BACK HIS SHARE? |
| 13:51:38 | 13 | A. IN AGREEMENT, HE SAYS THAT HE WANTS THE WHOLE GANG TO |
| 13:51:42 | 14 | MAKE MONEY, LEGALLY OR ILLEGALLY. |
| 13:51:47 | 15 | Q. IF WE TURN TO THE THIRD PAGE OF GOVERNMENT'S EXHIBIT 2 |
| 13:51:53 | 16 | AND, AGAIN, GO DOWN TO THE LAST MESSAGE. IS THIS MESSAGE |
| 13:51:57 | 17 | IN THAT SAME CONVERSATION ON MAY 17TH? |
| 13:52:00 | 18 | A. YOU SAID THE LAST MESSAGE? |
| 13:52:01 | 19 | Q. YES. |
| 13:52:02 | 20 | A. YES. |
| 13:52:03 | 21 | Q. AND IN THAT LAST MESSAGE, IT LOOKS LIKE THE INDIVIDUAL |
| 13:52:07 | 22 | NAMED STORMO IS ASKING IF THIS SUPPLY CAN HAPPEN SOON; IS |
| 13:52:11 | 23 | THAT RIGHT? |
| 13:52:11 | 24 | A. THAT'S CORRECT. |
| 13:52:11 | 25 | Q. AND WHAT'S SHAKEIM'S RESPONSE? |

13:52:14  1  A.   SHAKEIM RESPONDS THAT THE PLAN IS IN THE MAKING AND

13:52:18  2  THAT THE OTHER PEOPLE INVOLVED IN THE PLAN ARE WAITING ON

13:52:22  3  HIM.

13:52:23  4  Q.   SO BASED ON SHAKEIM'S PHONE CONTACTS -- OR CONTENTS,

13:52:27  5  HE HAS INDIVIDUALS THAT HE'S INTENDING TO PROVIDE DRUGS TO;

13:52:30  6  IS THAT RIGHT?

13:52:30  7  A.   YES.

13:52:31  8  Q.   AND AT LEAST SOME OF THOSE INDIVIDUALS HE'S GOING TO

13:52:33  9  PROVIDE THE DRUGS ON A FRONTED BASIS, WITHOUT EXPECTING

13:52:37  10  PAYMENT?

13:52:37  11  A.   THAT'S CORRECT.

13:52:38  12  Q.   IN THESE MESSAGES ABOUT SHAKEIM PROVIDING THESE PILLS

13:52:42  13  TO MULTIPLE INDIVIDUALS, IS THERE ANY MENTION OF HIM

13:52:44  14  NEEDING TO TALK TO ISAIAH WEEKS ABOUT THAT?

13:52:47  15  A.   NO.

13:52:47  16  Q.   ANY EVIDENCE THAT HE HAD TO CHECK WITH ISAIAH ABOUT

13:52:50  17  WHETHER HE COULD DO SO?

13:52:51  18  A.   NO.

13:52:51  19  Q.   ANY EVIDENCE THAT HE WAS PROVIDING THESE DRUGS TO

13:52:54  20  THESE INDIVIDUALS AT ISAIAH'S BEHEST OR DIRECTION?

13:52:58  21  A.   NO.

13:53:00  22  Q.   SO ON MAY 17TH, SHAKEIM IS TELLING PEOPLE HE'S GOING

13:53:05  23  TO GET A HUNDRED BAGS WITH HIS NEPHEW.  WHAT HAPPENS ON MAY

13:53:08  24  18TH OF 2024?

13:53:10  25  A.   ISAIAH WEEKS CONTACTS A COOPERATING SOURCE AND

| | | |
|---|---|---|
| 13:53:15 | 1 | REQUESTS THAT THE CS REPAYS HIM A PARTIAL PAYMENT OF A DRUG |
| 13:53:23 | 2 | DEBT OWED FROM PREVIOUSLY PROVIDED FENTANYL PILLS. |
| 13:53:25 | 3 | Q.   DID ISAIAH TELL THE CONFIDENTIAL SOURCE WHY HE NEEDED |
| 13:53:28 | 4 | THAT MONEY? |
| 13:53:28 | 5 | A.   TO GO GET RESUPPLIED. |
| 13:53:29 | 6 | Q.   DID THE CONFIDENTIAL SOURCE MEET WITH ISAIAH TO |
| 13:53:32 | 7 | PROVIDE HIM THE MONEY THAT HE OWED ON MAY 22ND OF 2024? |
| 13:53:36 | 8 | A.   YES. |
| 13:53:36 | 9 | Q.   WHO WAS WITH ISAIAH WHEN HE MET WITH THE CONFIDENTIAL |
| 13:53:40 | 10 | INFORMANT TO COLLECT THE MONEY? |
| 13:53:42 | 11 | A.   SHAKEIM WEEKS. |
| 13:53:43 | 12 | Q.   WHO WAS DRIVING THE VEHICLE THAT THEY DROVE TO MEET |
| 13:53:45 | 13 | THE CONFIDENTIAL INFORMANT? |
| 13:53:47 | 14 | A.   SHAKEIM WEEKS. |
| 13:53:48 | 15 | Q.   WHAT VEHICLE WERE THEY DRIVING? |
| 13:53:49 | 16 | A.   IT WAS A DODGE CHARGER THAT WAS A RENTAL. |
| 13:53:52 | 17 | Q.   IS THAT DODGE CHARGER ONE THAT LAW ENFORCEMENT HAD |
| 13:53:54 | 18 | PREVIOUSLY SEEN ISAIAH DRIVING? |
| 13:53:56 | 19 | A.   YES. |
| 13:53:58 | 20 | Q.   DURING THE MEETING WITH THE CI WHERE THEY'RE MAKING |
| 13:54:01 | 21 | THE REPAYMENT TO ISAIAH, DOES ISAIAH COMPLAIN THAT THE |
| 13:54:06 | 22 | CONFIDENTIAL INFORMANT DIDN'T BRING THEM ALL OF THE MONEY |
| 13:54:08 | 23 | HE WAS EXPECTING? |
| 13:54:09 | 24 | A.   YES. |
| 13:54:09 | 25 | Q.   DURING THIS EXCHANGE, IS SHAKEIM IN THE CAR? |

| | |
|---|---|
| 13:54:11 | 1 |
| 13:54:11 | 2 |
| 13:54:15 | 3 |
| 13:54:16 | 4 |
| 13:54:19 | 5 |
| 13:54:22 | 6 |
| 13:54:25 | 7 |
| 13:54:25 | 8 |
| 13:54:25 | 9 |
| 13:54:28 | 10 |
| 13:54:31 | 11 |
| 13:54:31 | 12 |
| 13:54:32 | 13 |
| 13:54:34 | 14 |
| 13:54:36 | 15 |
| 13:54:37 | 16 |
| 13:54:39 | 17 |
| 13:54:39 | 18 |
| 13:54:41 | 19 |
| 13:54:46 | 20 |
| 13:54:46 | 21 |
| 13:54:48 | 22 |
| 13:54:50 | 23 |
| 13:54:52 | 24 |
| 13:54:54 | 25 |

A.   YES.

Q.   WHERE DID SHAKEIM AND ISAIAH GO AFTER THEY COLLECTED THE MONEY FROM THE CONFIDENTIAL INFORMANT?

A.   THEY WENT TO AN APARTMENT OFF MAGELLAN WAY.

Q.   IS THAT A LOCATION THAT LAW ENFORCEMENT HAD OBSERVED ISAIAH AND OTHER MEMBERS OF THIS DRUG TRAFFICKING ORGANIZATION AT BEFORE?

A.   YES.

Q.   IS THAT A LOCATION THAT LAW ENFORCEMENT BELIEVES THIS DRUG TRAFFICKING ORGANIZATION WAS SELLING DRUGS FROM AT TIMES?

A.   YES.

Q.   WAS THAT LOCATION SEARCHED PURSUANT TO A FEDERAL SEARCH WARRANT IN JUNE OF 2024?

A.   IT WAS.

Q.   AND DID LAW ENFORCEMENT RECOVER FIREARMS IN THAT RESIDENCE?

A.   WE DID.

Q.   PRIOR TO MAY OF 2024, DO YOU KNOW WHERE SHAKEIM WAS LIVING?

A.   I BELIEVE TEXAS.

Q.   BUT YOU DON'T BELIEVE, AT LEAST IMMEDIATELY PRIOR TO MAY, THAT HE WAS LIVING IN NORTH CAROLINA; IS THAT RIGHT?

A.   CORRECT.

Q.   DO YOU HAVE REASON TO BELIEVE THAT SHAKEIM WAS

| | | |
|---|---|---|
| 13:54:55 | 1 | INVOLVED IN CRIMINAL ACTIVITY PRIOR TO COMING TO NORTH |
| 13:54:59 | 2 | CAROLINA? |
| 13:54:59 | 3 | A.   YES. |
| 13:54:59 | 4 | Q.   DO YOU HAVE REASON TO BELIEVE HE'S INVOLVED IN |
| 13:55:01 | 5 | CRIMINAL ACTIVITY OUTSIDE OF ISAIAH WEEKS? |
| 13:55:04 | 6 | A.   YES. |
| 13:55:05 | 7 | Q.   IS PART OF THAT BELIEF BASED ON MORE MESSAGES FROM HIS |
| 13:55:08 | 8 | PHONE? |
| 13:55:08 | 9 | A.   YES. |
| 13:55:09 | 10 | Q.   DO YOU HAVE GOVERNMENT'S EXHIBIT 3 IN FRONT OF YOU? |
| 13:55:11 | 11 | A.   I DO. |
| 13:55:13 | 12 | Q.   DO YOU RECOGNIZE GOVERNMENT'S EXHIBIT 3? |
| 13:55:15 | 13 | A.   I DO. |
| 13:55:16 | 14 | Q.   WHAT IS THIS? |
| 13:55:17 | 15 | A.   IT'S A TEXT MESSAGE THREAD FROM A CELL PHONE. |
| 13:55:21 | 16 | Q.   FROM THE CELL PHONE SEIZED FROM SHAKEIM WEEKS? |
| 13:55:23 | 17 | A.   YES. |
| 13:55:23 | 18 | Q.   DO THESE MESSAGES APPEAR TO HAVE BEEN ALTERED IN ANY |
| 13:55:26 | 19 | WAY? |
| 13:55:26 | 20 | A.   NO. |
| 13:55:26 | 21 | MS. PEADEN:  YOUR HONOR, OFFER GOVERNMENT'S |
| 13:55:28 | 22 | EXHIBIT 3. |
| 13:55:28 | 23 | THE COURT:  IT WILL BE RECEIVED. |
| 13:55:30 | 24 | (GOVERNMENT'S EXHIBIT 3 IS RECEIVED.) |
| 13:55:30 | 25 | Q.   DETECTIVE WESCOE, IF WE LOOK AT THE BOTTOM OF EXHIBIT |

| | | |
|---|---|---|
| 13:55:34 | 1 | 3, WHAT IS THE DATE ON THAT BOTTOM MESSAGE? |
| 13:55:37 | 2 | A.   APRIL 9TH, 2024. |
| 13:55:39 | 3 | Q.   AND THAT LAST MESSAGE IS IN A WHITE BUBBLE.  DOES THAT |
| 13:55:42 | 4 | STILL MEAN THAT THAT IS AN OUTGOING MESSAGE FROM SHAKEIM |
| 13:55:45 | 5 | WEEKS? |
| 13:55:45 | 6 | A.   YES. |
| 13:55:46 | 7 | Q.   AND BASED ON YOUR EXPERIENCE, WHAT IS SHAKEIM |
| 13:55:50 | 8 | DESCRIBING OR REFERRING TO IN THAT BOTTOM MESSAGE IN |
| 13:55:52 | 9 | EXHIBIT 3? |
| 13:55:53 | 10 | A.   HE'S SAYING HE'S TRYING TO RECOVER FINANCIALLY.  THE |
| 13:55:57 | 11 | POLICE HIT A LOCATION THAT HE SELLS DRUGS AT AND TOOK |
| 13:56:03 | 12 | APPROXIMATELY $80,000 AND POUNDS OF A CONTROLLED SUBSTANCE |
| 13:56:09 | 13 | FROM HIM. |
| 13:56:10 | 14 | Q.   AND BASED ON SHAKEIM'S PHONE, DO YOU HAVE REASON TO |
| 13:56:13 | 15 | BELIEVE THAT HE'S INVOLVED IN A GANG?  YOU TOUCHED ON THIS |
| 13:56:15 | 16 | A LITTLE BIT, BUT COULD YOU TELL US MORE ABOUT THAT. |
| 13:56:17 | 17 | A.   YES.  THE GUY HE'S TALKING TO -- THEY HAVE REGULAR |
| 13:56:21 | 18 | CONVERSATIONS WHERE THE GUY HE'S TALKING TO IS REQUESTING |
| 13:56:24 | 19 | THAT SHAKEIM WEEKS SENDS HIM HIS DUES.  AND THERE'S EVEN |
| 13:56:29 | 20 | ONE INSTANCE WHERE THE SUBJECT THAT HE'S TALKING TO SENDS |
| 13:56:32 | 21 | HIM WHAT WOULD BE CALLED A LINE-UP.  SO, LIKE THE RANK |
| 13:56:36 | 22 | STRUCTURE OF EVERYBODY UNDERNEATH HIM. |
| 13:56:38 | 23 | Q.   ARE THERE SPECIFIC -- YOU MENTIONED USING A "B" |
| 13:56:41 | 24 | INSTEAD OF A "C."  ARE THERE OTHER SPECIFIC LANGUAGE USED |
| 13:56:44 | 25 | THAT SUGGESTS THAT MR. WEEKS IS INVOLVED WITH NINE TREY |

13:56:49  1   BLOODS?

13:56:49  2   A.   YES.   THEY THROW THE NUMBERS NINE THREE INTO

13:56:52  3   CONVERSATIONS.

13:56:53  4   Q.   AT TIMES IS THERE ALSO DISCUSSION ABOUT G-SHINE

13:56:57  5   BLOODS, IN THE PHONE?

13:56:58  6   A.   YES.

13:57:00  7        MS. PEADEN:   NO FURTHER QUESTIONS AT THIS TIME,

13:57:01  8   YOUR HONOR.

13:57:01  9        THE COURT:   CROSS-EXAMINATION.

13:57:03  10  CROSS-EXAMINATION BY MR. ALLEN:

13:57:03  11  Q.   GOOD AFTERNOON, DETECTIVE WESCOE.

13:57:05  12  A.   GOOD AFTERNOON.

13:57:05  13  Q.   YOU HAVE INDICATED YOU'RE FAMILIAR WITH THIS

13:57:07  14  INVESTIGATION?

13:57:08  15  A.   YES, SIR.

13:57:08  16  Q.   AND IT WAS A MULTIAGENCY INVESTIGATION INVOLVING BOTH

13:57:14  17  RPD WITH WHICH YOU WERE A DETECTIVE AND THE ATF WITH WHICH

13:57:18  18  YOU WERE A TFO; CORRECT?

13:57:19  19  A.   YES, SIR.

13:57:20  20  Q.   AND IT ACTUALLY STARTED BACK IN JANUARY OF 2022;

13:57:24  21  CORRECT?

13:57:24  22  A.   IT DATES BACK THERE.   YES.

13:57:25  23  Q.   AND YOU'RE FAMILIAR WITH IT OVER THE COURSE OF THAT

13:57:29  24  INVESTIGATION?

13:57:29  25  A.   YES.

| | | |
|---|---|---|
| 13:57:30 | 1 | Q.   IN FACT, YOU HAD BEEN WITH RPD SINCE 2015? |
| 13:57:34 | 2 | A.   THAT'S CORRECT. |
| 13:57:34 | 3 | Q.   AND YOU WERE TASKED WITH VARIOUS ROLES IN THE COURSE |
| 13:57:38 | 4 | OF THIS INVESTIGATION? |
| 13:57:39 | 5 | A.   YES. |
| 13:57:39 | 6 | Q.   SO YOU BECAME INTIMATELY FAMILIAR WITH IT? |
| 13:57:42 | 7 | A.   YES. |
| 13:57:42 | 8 | Q.   AND THE INVESTIGATION UTILIZED BASICALLY EVERY |
| 13:57:45 | 9 | AVAILABLE MEANS TO PURSUE RELIABLE LEADS; CORRECT? |
| 13:57:49 | 10 | A.   CORRECT. |
| 13:57:50 | 11 | Q.   AND THOSE MEANS -- VARIOUS MEANS INCLUDED DIGITAL |
| 13:57:54 | 12 | SURVEILLANCE; CORRECT? |
| 13:57:55 | 13 | A.   YES. |
| 13:57:55 | 14 | Q.   LOCATION TRACKING; CORRECT? |
| 13:57:57 | 15 | A.   CORRECT. |
| 13:57:59 | 16 | Q.   PHYSICAL SURVEILLANCE; CORRECT? |
| 13:58:00 | 17 | A.   CORRECT. |
| 13:58:01 | 18 | Q.   EXECUTION OF SEARCH WARRANTS? |
| 13:58:02 | 19 | A.   CORRECT. |
| 13:58:04 | 20 | Q.   AND IN THERE, THERE WERE ALSO -- THERE WERE T3 |
| 13:58:08 | 21 | WIRETAPS? |
| 13:58:09 | 22 | A.   NO. |
| 13:58:09 | 23 | Q.   NONE OF THOSE.  OKAY. |
| 13:58:11 | 24 |      EVERYTHING ELSE, BASICALLY? |
| 13:58:13 | 25 | A.   YES. |

| | | |
|---|---|---|
| 13:58:16 | 1 | Q.   AND THERE WERE A NUMBER OF SEARCHES CONDUCTED |
| 13:58:21 | 2 | THROUGHOUT THE INVESTIGATION; CORRECT? |
| 13:58:23 | 3 | A.   CORRECT. |
| 13:58:24 | 4 | Q.   SO, FOR EXAMPLE, THERE WAS A SEARCH OF AN APARTMENT ON |
| 13:58:27 | 5 | GLENPEAK WAY IN RALEIGH IN NOVEMBER OF -- NOVEMBER 21ST, |
| 13:58:33 | 6 | 2022? |
| 13:58:33 | 7 | A.   CORRECT. |
| 13:58:34 | 8 | Q.   ARE YOU FAMILIAR WITH THAT? |
| 13:58:35 | 9 | A.   I AM. |
| 13:58:35 | 10 | Q.   SHAKEIM WEEKS HAD NOTHING TO DO WITH THAT, DID HE? |
| 13:58:38 | 11 | A.   NOT TO MY KNOWLEDGE. |
| 13:58:39 | 12 | Q.   THERE WAS A SEARCH OF CHADFORD DRIVE APARTMENT ON |
| 13:58:43 | 13 | NOVEMBER 22ND, 2022? |
| 13:58:46 | 14 | A.   CORRECT. |
| 13:58:46 | 15 | Q.   AND SHAKEIM WEEKS HAD NOTHING TO DO WITH THAT, DID HE? |
| 13:58:49 | 16 | A.   NOT TO MY KNOWLEDGE. |
| 13:58:50 | 17 | Q.   WHO WAS THE SEARCH OF -- FOLLOWING THE SEARCHES OF |
| 13:58:55 | 18 | ISAIAH WEEKS'S RESIDENCES IN 2022, INVESTIGATORS SEARCHED |
| 13:58:59 | 19 | HIS CELL PHONE AND LOCATED SCREENSHOTS FOR ABOUT NINE USPS |
| 13:59:05 | 20 | RECEIPTS; CORRECT? |
| 13:59:05 | 21 | A.   I DON'T REMEMBER THE EXACT AMOUNT.  BUT YES. |
| 13:59:08 | 22 | Q.   MULTIPLE? |
| 13:59:08 | 23 | A.   YES, MULTIPLE. |
| 13:59:09 | 24 | Q.   AND THOSE HAD TO DO WITH VARIOUS FENTANYL PACKAGES |
| 13:59:12 | 25 | THAT WERE BEING SHIPPED BY USPS? |

13:59:16  1   A.   CORRECT.

13:59:17  2   Q.   SHAKEIM WEEKS HAD NOTHING TO DO WITH ANY OF THE

13:59:20  3   ADDRESSES THOSE WERE SHIPPED TO, DID HE?

13:59:23  4   A.   HE IS ASSOCIATED WITH WYCLIFF.

13:59:29  5        OKAY.  SHAKEIM'S ASSOCIATED WITH A WYCLIFF ADDRESS

13:59:34  6   WHERE A PACKAGE WAS SHIPPED TO.  THAT WAS NOT IN THE CELL

13:59:37  7   PHONE.  SO I STARTED TO MISSPEAK.

13:59:39  8   Q.   IT WAS NOT IN HIS CELL PHONE?

13:59:41  9   A.   IT WASN'T IN ISAIAH'S CELL PHONE.  IT WAS LATER

13:59:44  10  IDENTIFIED.

13:59:44  11  Q.   RIGHT.  AND IT WASN'T IN SHAKEIM'S CELL PHONE?

13:59:45  12  A.   NO.

13:59:46  13  Q.   AND THERE'S NO INDICATION HE RECEIVED ANY PACKAGE?

13:59:50  14  A.   NO.  NOT TO MY KNOWLEDGE.

13:59:52  15  Q.   SIMILARLY, ON SEPTEMBER 29 -- WELL, THERE ARE VARIOUS

13:59:56  16  OTHER SEARCHES.  FOR EXAMPLE, ON OCTOBER 20TH, 2023, AT

14:00:00  17  HATCHIES DRIVE, THERE IS A SEARCH WARRANT THAT SEIZED

14:00:04  18  VARIOUS THINGS.  SHAKEIM WEEKS HAD NO INVOLVEMENT WITH

14:00:07  19  THAT; CORRECT?

14:00:08  20  A.   NOT TO MY KNOWLEDGE.

14:00:09  21  Q.   AND THERE ARE VARIOUS FENTANYL PACKAGES THAT ARE BEING

14:00:14  22  SHIPPED IN DECEMBER -- DECEMBER 18, 2023.  THERE'S NO

14:00:18  23  INDICATION HE HAD ANY INVOLVEMENT WITH THAT, DID HE?

14:00:20  24  A.   NOT TO MY KNOWLEDGE.

14:00:21  25  Q.   AND SIMILARLY, JANUARY 2ND, 2024?

14:00:26   1   A.   NOT TO MY KNOWLEDGE.

14:00:27   2   Q.   AND JANUARY 16, 2024, NO INVOLVEMENT BY SHAKEIM WEEKS?

14:00:31   3   A.   NOT TO MY KNOWLEDGE.

14:00:33   4   Q.   AND THERE ARE -- THERE'S A FEBRUARY 2024 PHOENIX TRIP,

14:00:38   5   FOR EXAMPLE.  HE HAD NO INVOLVEMENT WITH THAT TRIP, DID HE?

14:00:41   6   A.   NOT TO MY KNOWLEDGE.

14:00:42   7   Q.   ALL RIGHT.  AND THEN THERE'S A HOTEL INCIDENT.  RPD

14:00:46   8   AND CARY POLICE DEPARTMENT RESPONDED TO A HOTEL ROOM IN

14:00:49   9   CARY IN MARCH 8, 2024.  HE HAD NO INVOLVEMENT WITH THAT

14:00:53  10   INCIDENT, DID HE?

14:00:53  11   A.   NOT TO MY KNOWLEDGE.

14:00:56  12   Q.   THERE ARE VARIOUS PAYMENTS OF FUNDS DOCUMENTED IN

14:01:00  13   MARCH AND APRIL, AND HE HAD NO INVOLVEMENT WITH ANY OF

14:01:04  14   THOSE, DID HE?

14:01:04  15   A.   NOT TO MY KNOWLEDGE.

14:01:06  16   Q.   SIMILARLY, MAY 7TH, NO INVOLVEMENT WITH ANY PAYMENT OF

14:01:10  17   FUNDS?

14:01:11  18   A.   NOT TO MY KNOWLEDGE.

14:01:12  19   Q.   REALLY, MR. WEEKS DOES NOT SHOW UP UNTIL YOU MENTIONED

14:01:16  20   MAY 22ND OF 2024, OF A PAYMENT OF FUNDS -- EXCUSE ME.

14:01:24  21   WOULD HAVE BEEN -- YES, MAY 22ND, 2024, AND YOU INDICATED

14:01:28  22   HE WAS DRIVING A CAR?

14:01:30  23   A.   DRIVING ISAIAH WEEKS, YES.

14:01:33  24   Q.   SO DRIVING HIS -- ISAIAH WEEKS'S VEHICLE, NOT HIS OWN?

14:01:37  25   A.   YEP.

14:01:37 1 Q. AND ISAIAH WEEKS WAS THE ONE WHO RECEIVED THE MONEY;

14:01:41 2 CORRECT?

14:01:41 3 A. CORRECT.

14:01:41 4 Q. AND YOU NEVER HAVE -- THERE'S NEVER ANY INDICATION

14:01:45 5 THAT SHAKEIM WEEKS IS BEING PAID ANYTHING. HE NEVER

14:01:51 6 RECEIVES ANY MONEY DOCUMENTED IN THE --

14:01:54 7 A. NOT TO MY KNOWLEDGE.

14:01:58 8 Q. OKAY. SO, REALLY, HIS CONDUCT IS THIS TRIP TO PHOENIX

14:02:03 9 IN THE JUNE 4 TO JUNE 7 TIME FRAME?

14:02:07 10 A. I WOULD DISAGREE WITH THAT STATEMENT.

14:02:09 11 Q. WELL, HE DOESN'T HAVE ANY ACTUAL CONDUCT. I MEAN, I

14:02:14 12 HEAR YOU ABOUT THAT TEXT. BUT NOTHING ACTUALLY HAPPENS.

14:02:17 13 HE DOESN'T DO ANYTHING UNTIL HE'S TRAVELING TO PHOENIX;

14:02:21 14 CORRECT?

14:02:21 15 A. WELL, HE PLANNED IT OUT AND THEN HE DID THE TRIP.

14:02:25 16 Q. WELL, YOU SAY HE PLANNED IT OUT, AND YOU GIVE US YOUR

14:02:28 17 INTERPRETATION OF SOME TEXT MESSAGES. I UNDERSTAND THEY'RE

14:02:30 18 IN THE CONTEXT OF THIS INVESTIGATION. BUT NOBODY OBSERVES

14:02:34 19 SHAKEIM WEEKS DOING ANYTHING UNTIL THIS TRIP IN JUNE, OTHER

14:02:39 20 THAN THE DRIVING ISAIAH WEEKS'S VEHICLE ON MAY 2ND?

14:02:43 21 A. WELL, THE TEXTS WERE MID-MAY. WE DIDN'T OBSERVE HIM

14:02:46 22 UNTIL WE GOT INTO THE PHONE, WHICH WOULD HAVE BEEN AFTER IT

14:02:50 23 WAS SEIZED. I MIGHT BE MISUNDERSTANDING YOUR QUESTION.

14:02:54 24 Q. YOU DIDN'T SEE SHAKEIM WEEKS DOING ANYTHING UNTIL ONE

14:02:58 25 OF TWO THINGS: FIRST THE MAY 22ND INCIDENT IN WHICH HE'S

| | | |
|---|---|---|
| 14:03:03 | 1 | DRIVING THE CAR AND ISAIAH WEEKS RECEIVES SOME MONEY FROM A |
| 14:03:07 | 2 | CONFIDENTIAL SOURCE? |
| 14:03:07 | 3 | A.   CORRECT.  THAT'S THE FIRST TIME WE SAW HIM. |
| 14:03:08 | 4 | Q.   AND THE SECOND TIME YOU SAW HIM IS WHEN -- IN JUNE, |
| 14:03:10 | 5 | WHEN HE'S TRAVELING, JUNE 4TH TO JUNE 7TH, IN PHOENIX? |
| 14:03:14 | 6 | A.   THAT WOULD BE THE SECOND TIME, YES. |
| 14:03:18 | 7 | Q.   AND YOU -- SO THIS INVESTIGATION RAN FROM JANUARY OF |
| 14:03:25 | 8 | 2022ND [SIC] -- WAS HIGHLY INVOLVED, MULTIPLE SEARCHES, |
| 14:03:29 | 9 | MULTIPLE CELL PHONES EXAMINED, FROM JANUARY 22ND TO |
| 14:03:35 | 10 | NOVEMBER OF 2024 -- AND THOSE ARE THE TWO INSTANCES IN |
| 14:03:38 | 11 | WHICH SHAKEIM WEEKS IS PHYSICALLY OBSERVED DOING SOMETHING? |
| 14:03:43 | 12 | A.   CORRECT. |
| 14:03:45 | 13 | Q.   AND YOU CERTAINLY -- YOU'VE GIVEN US YOUR |
| 14:03:48 | 14 | INTERPRETATION OF THESE VARIOUS TEXTS.  FOR EXAMPLE, THE |
| 14:03:52 | 15 | RIMS AND FLASHY LIFESTYLE.  YOU RECALL BEING ASKED ABOUT |
| 14:03:55 | 16 | THAT? |
| 14:03:55 | 17 | A.   YES. |
| 14:03:55 | 18 | Q.   AND YOU TOOK THAT TO INDICATE THAT HE HAD A FLASHY CAR |
| 14:03:59 | 19 | AND A FLASHY LIFESTYLE? |
| 14:04:00 | 20 | A.   THAT'S WHAT I WOULD INTERPRET THAT AS. |
| 14:04:02 | 21 | Q.   THE CAR HE WAS DRIVING ON MAY 22ND WAS HIS -- WAS |
| 14:04:05 | 22 | ISAIAH WEEKS'? |
| 14:04:08 | 23 | A.   A RENTAL. |
| 14:04:09 | 24 | Q.   AND SHAKEIM WEEKS HAD JUST MOVED BACK FROM HOUSTON, |
| 14:04:12 | 25 | YOU'RE AWARE? |

14:04:13  1   A.   CORRECT.

14:04:14  2   Q.   IN MAY.

14:04:16  3        AND YOU'VE SEEN THE TEXT MESSAGES ON HIS PHONE.

14:04:19  4   YOU'RE AWARE THAT HE WAS BASICALLY HOMELESS, LIVING AT

14:04:22  5   HOTELS THERE, AREN'T YOU?

14:04:23  6   A.   I'M NOT AWARE OF THAT.

14:04:25  7   Q.   HE WAS BORROWING MONEY FROM HIS MOM AND DAD

14:04:27  8   PERIODICALLY BECAUSE HE HAD BEEN KICKED OUT BY THE PERSON

14:04:30  9   WHO HAD GONE TO STAY THERE?

14:04:30  10  A.   I'M NOT AWARE OF THAT.

14:04:32  11  Q.   YOU HAVEN'T SEEN THAT IN THE TEXTS ON HIS PHONE?

14:04:34  12  A.   I HAVE NOT.

14:04:36  13  Q.   YOU CERTAINLY WEREN'T AWARE OF HIM ACTUALLY POSSESSING

14:04:38  14  ANY CAR OR REAL ESTATE?

14:04:42  15  A.   WELL, THE TIMES WE SAW HIM, HE WAS DRIVING A RENTAL

14:04:46  16  WITH ISAIAH WEEKS.  AND THEN WHEN HE GOT OFF THE GREYHOUND

14:04:50  17  BUS AND HE WAS ARRESTED.

14:04:51  18  Q.   YEAH.  WHEN HE GOT OFF THE -- ON THE BUS, FOR

14:04:54  19  EXAMPLE -- LET'S TALK ABOUT THAT.  HE GETS OUT.  HE HAS A

14:04:57  20  BAG.  HE IS PUT IN AN UBER.  HE ISN'T ACTUALLY DRIVEN AWAY.

14:05:04  21  A.   CORRECT.

14:05:27  22             MR. ALLEN:  ONE MOMENT, YOUR HONOR.

14:05:36  23                  (PAUSE.)

14:05:36  24             MR. ALLEN:  THAT'S ALL, YOUR HONOR.

14:05:37  25             THE COURT:  THANK YOU.

14:05:38    1          ANYTHING ELSE, MS. PEADEN?

14:05:39    2          MS. PEADEN:  NOTHING FURTHER, YOUR HONOR.  THANK

14:05:41    3  YOU.

14:05:41    4          THE COURT:  DETECTIVE, PLEASE WATCH YOUR STEP

14:05:43    5  STEPPING DOWN.

14:05:44    6          DO YOU HAVE COPIES OF THOSE EXHIBITS, MS. PEADEN?

14:05:47    7          MS. PEADEN:  I DO, YOUR HONOR.  THE AGENT HAS THE

14:05:50    8  ORIGINALS FOR THE COURT.  MAY I APPROACH?

14:05:52    9          THE COURT:  YOU MAY.

14:05:54   10              (DOCUMENTS HANDED TO THE COURT.)

14:06:10   11          THE COURT:  ALL RIGHT.  THE DEFENDANT HAS THE

14:06:11   12  BURDEN OF SHOWING THE MITIGATING ROLE ADJUSTMENT APPLIES.

14:06:14   13  I'LL HEAR FIRST FROM THE DEFENSE.

14:06:16   14          MR. ALLEN:  THANK YOU, YOUR HONOR.

14:06:18   15          YOUR HONOR OBVIOUSLY UNDERSTANDS THE ARGUMENT

14:06:20   16  ALREADY.  THE -- WE APPRECIATE THE TESTIMONY OF

14:06:25   17  DETECTIVE -- AGENT WESCOE/DETECTIVE WESCOE.  IT IS

14:06:28   18  ESSENTIALLY WHAT WAS REFLECTED IN THE PSR.  IT DOESN'T

14:06:33   19  CHANGE THAT THE CONDUCT HERE IS LIMITED.  THIS WAS REALLY A

14:06:36   20  CLOSELY SURVEILLED -- THAT'S HOW IT WAS INTRODUCED TO ME BY

14:06:40   21  THE GOVERNMENT, IN FACT.  THEY WERE EYEBALLING EVERYONE AND

14:06:42   22  EVERYTHING.  IF THERE WAS ANYTHING MORE HERE OF SUBSTANCE

14:06:46   23  THAT WAS REAL, IT WOULD HAVE BEEN PICKED UP.  AND DURING

14:06:48   24  THAT TWO-YEAR PERIOD FROM JANUARY OF 2022 TO NOVEMBER OF

14:06:54   25  2024, THIS IS IT.

14:06:55  1      AND SO, YOUR HONOR, I SUBMIT, RESPECTFULLY, IT

14:07:00  2  DOES FIT WITHIN APPLICATION NOTE 3(A) AND 3(C) TO 3B1.2

14:07:11  3  AND, YOU KNOW, REALLY THE ARGUMENT IS THAT IF THERE WERE

14:07:14  4  MORE TO THIS -- I MEAN, THEY'RE BASING A LOT OF THIS ON

14:07:18  5  TEXT MESSAGES.  IF THERE WERE MORE TO THAT, THERE WOULD BE

14:07:21  6  EVIDENCE OF IT, PARTICULARLY IN AN INVESTIGATION LIKE THIS

14:07:24  7  WHERE VIRTUALLY EVERY MEANS AT THEIR DISPOSAL HAS BEEN

14:07:28  8  EMPLOYED.

14:07:29  9      SO FOR THOSE REASONS, YOUR HONOR, BECAUSE THE

14:07:31  10  EXTENT OF IT WAS ESSENTIALLY THE TRIP TO PHOENIX AND BACK,

14:07:37  11  WHERE, FRANKLY, HE WAS THE SUCKER.  HE'S THE ONE WHO IS IN

14:07:42  12  LINE TO GET TAGGED.  I SUBMIT THAT AT LEAST A TWO-LEVEL

14:07:50  13  REDUCTION IS APPROPRIATE.  THANK YOU, YOUR HONOR.

14:07:52  14      THE COURT:  THANK YOU.

14:07:53  15      MS. PEADEN.

14:07:55  16      MS. PEADEN:  THANK YOU, YOUR HONOR.

14:07:56  17      UNDER 3B1.2, A MINOR PARTICIPANT IS SOMEBODY WHO

14:07:59  18  IS SUBSTANTIALLY LESS CULPABLE THAN THE AVERAGE

14:08:02  19  PARTICIPANT.  IT'S NOT SOMEONE WHO IS SUBSTANTIALLY LESS

14:08:04  20  CULPABLE THAN THE LEADER.  SUBSTANTIALLY LESS CULPABLE THAN

14:08:08  21  AVERAGE.

14:08:08  22      AND IT'S, AS THE COURT'S NOTED, THE DEFENDANT'S

14:08:10  23  BURDEN TO PROVE THAT HE FITS THAT BILL.  THE COMPARISON

14:08:13  24  ISN'T TO BE BETWEEN THE LEADER AND THE DEFENDANT; IT'S TO

14:08:16  25  BE BETWEEN THE LEADER -- OR THE DEFENDANT, EXCUSE ME, AND

14:08:18  1  THE COCONSPIRATORS.  THE FACT THAT ISAIAH MIGHT HAVE PLAYED

14:08:22  2  AN AGGRAVATING ROLE OR THAT SHAKEIM HAD A CERTAIN JOB TO DO

14:08:25  3  IN JUNE DOESN'T MEAN THAT HIS ROLE WAS NECESSARILY MINIMAL.

14:08:29  4  EVEN IF SHAKEIM IS THE LEAST CULPABLE PERSON IN THIS

14:08:32  5  INDICTMENT, THE FOURTH CIRCUIT HAS SAID THAT A MITIGATING

14:08:35  6  ROLE MAY NOT BE APPROPRIATE.  MANY CONSPIRATORS ARE LESS

14:08:37  7  CULPABLE THAN OTHERS IN THE INDICTMENT AND THEY'RE NOT

14:08:40  8  ENTITLED TO MINOR OR MINIMAL ROLES.

14:08:41  9       HERE, SHAKEIM IS AVERAGE.  HE'S TRAVELING TO PICK

14:08:44  10  UP DRUGS.  HE'S RIDING THE BUS BACK WITH THEM.  HE'S GOT

14:08:47  11  HIS OWN CUSTOMERS, PEOPLE HE'S PLANNING TO GIVE THESE DRUGS

14:08:50  12  TO.  HE'S VERY SIMILAR TO DAKOTA HENDERSON, A CODEFENDANT

14:08:54  13  IN THE INDICTMENT, WHO SERVED -- OR PLAYED SIMILAR ROLES.

14:08:55  14  MR. HILL SAID IT WAS -- HE WAS IN LINE -- NEXT IN LINE TO

14:08:58  15  GET TAGGED.  THAT'S HOW IT'S WORKS.  HE'S INTERCHANGEABLE

14:09:03  16  WITH OTHER MEMBERS OF THE DTO.  HE IS JUST THE SAME AS THE

14:09:06  17  REST OF THEM AND NOT SUBSTANTIALLY LESS CULPABLE.

14:09:09  18       DURING CROSS-EXAMINATION, MR. HILL ASKED A LOT OF

14:09:13  19  QUESTIONS ABOUT THE TIMING AND HOW SHAKEIM WAS ONLY SEEN IN

14:09:16  20  MAY OF 2024.  PARAGRAPH 85 OF THE PSR REFLECTS, AND THE

14:09:20  21  DETECTIVE TESTIFIED, PRIOR TO MAY OF 2024, SHAKEIM WEEKS

14:09:24  22  ISN'T IN NORTH CAROLINA.  IT'S NOT THAT HE'S IN NORTH

14:09:26  23  CAROLINA AND ON HIS BEST BEHAVIOR AND LAW ENFORCEMENT JUST

14:09:28  24  ISN'T SEEING HIM ENGAGED IN CRIMINAL ACTIVITY; HE'S NOT

14:09:31  25  HERE.  BY HIS INFORMATION PROVIDED TO PROBATION, HE ARRIVES

14:09:36  1   IN NORTH CAROLINA, I BELIEVE, ON MAY 17TH, WHICH IS THE DAY

14:09:39  2   THAT HE IS TELLING PEOPLE THAT HIM AND HIS NEPHEW ARE

14:09:43  3   TALKING ABOUT TAKING A TRIP TO GET A HUNDRED BAGS.  IT'S

14:09:45  4   FIVE DAYS LATER THAT HE'S MEETING WITH THE CI WITH ISAIAH

14:09:48  5   TO COLLECT PAYMENT IN ORDER TO GO MAKE THAT VERY RESUPPLY

14:09:52  6   TRIP.

14:09:52  7        SO IT'S NOT LIKE HE'S NOT INVOLVED IN CRIMINAL

14:09:54  8   ACTIVITY AND WE'RE JUST MISSING HIM.  THE FIRST SEARCH

14:09:57  9   WARRANT EXECUTED IN THIS CASE IS NOVEMBER OF 2022.  BASED

14:10:00  10  ON THE PSR, AT THAT POINT SHAKEIM IS LIVING IN FAYETTEVILLE

14:10:02  11  OR HAS ALREADY MOVED BACK TO THE TEXAS AREA.  AT LEAST BY

14:10:06  12  EARLY OF 2023, HE'S LIVING IN TEXAS WHERE HE STAYS UNTIL HE

14:10:11  13  COMES BACK TO NORTH CAROLINA AND IS IMMEDIATELY IN A

14:10:14  14  POSITION OF TRUST WITH THIS DTO.

14:10:16  15       A HUNDRED THOUSAND PILLS ARE EXPENSIVE.  BEING THE

14:10:19  16  GUY WITH THAT SUITCASE IS A TRUSTED ROLE.  RIDING WITH

14:10:22  17  ISAIAH TO COLLECT PAYMENT, TRUSTED ROLE.  HE RODE WITH

14:10:25  18  ISAIAH TO PHOENIX.  HE STAYED WITH ISAIAH IN PHOENIX.  AND

14:10:29  19  THEN HE'S THE GUY THAT HAS THE VALUABLE GOODS WHEN HE'S

14:10:31  20  COMING BACK.  IT'S NOT SOMEBODY WHO JUST JUMPED INTO

14:10:34  21  CRIMINAL ACTIVITY AND ON THEIR VERY FIRST WHACK END UP WITH

14:10:37  22  A HUNDRED THOUSAND FENTANYL PILLS.  THIS IS SOMETHING THAT

14:10:39  23  HE KNEW ABOUT WEEKS IN ADVANCE AND WAS TELLING OTHER PEOPLE

14:10:42  24  ABOUT WEEKS IN ADVANCE.

14:10:44  25       THE IDEA THAT HE'S JUST A COURIER OR THAT HE JUST

14:10:47 1    TRANSPORTED THE DRUGS, AGAIN, DOESN'T HELP HIM HERE.

14:10:49 2    THERE'S AT LEAST ONE UNPUBLISHED OPINION THE FOURTH CIRCUIT

14:10:54 3    CONFIRMED.  THERE'S NO PER SE COURIER REDUCTION.  EVEN IF

14:10:57 4    HE'S ONLY THAT -- WHICH I DON'T THINK THE EVIDENCE SHOWS

14:10:59 5    HERE -- HE'S NOT ENTITLED TO THE REDUCTION.

14:11:01 6         APPLICATION NOTE 3(C) LISTS NONEXHAUSTIVE FACTORS

14:11:05 7    FOR THE COURT TO CONSIDER.  AND WHEN WE APPLY THOSE HERE,

14:11:07 8    WE SEE THAT SHAKEIM IS WITH ISAIAH WHEN HE'S COLLECTING

14:11:10 9    MONEY, HE'S RIDING ACROSS THE COUNTRY WITH HIM, HE'S

14:11:13 10   STAYING IN PHOENIX WITH HIM, AND HE COMES BACK WITH A

14:11:15 11   HUNDRED THOUSAND PILLS.  HE KNOWS THE SCOPE OF THIS DRUG

14:11:18 12   TRAFFICKING ORGANIZATION IS A CROSS-COUNTRY GROUP.  HE

14:11:21 13   UNDERSTANDS, TO A RELATIVELY SIGNIFICANT DEGREE, WHERE THE

14:11:24 14   DRUGS ARE COMING FROM:  PHOENIX.  HE'S IN THE AIRBNB WHERE

14:11:28 15   THE DETECTIVE TESTIFIED THAT AT LEAST ON PRIOR OCCASIONS

14:11:31 16   THEY WOULD BE RESUPPLIED AT THE AIRBNB.

14:11:34 17        HE PARTICIPATES IN THE PLANNING AND

14:11:35 18   DECISION-MAKING PROCESS.  THE COURT SAW THE TEXTS AND HEARD

14:11:39 19   TESTIMONY THAT HE'S TELLING PEOPLE TWO WEEKS IN ADVANCE

14:11:41 20   THAT HE'S GOING TO GET A HUNDRED BAGS WITH HIS NEPHEW.  THE

14:11:44 21   NEXT DAY, ISAIAH IS TELLING THE CI HE NEEDS THE MONEY

14:11:47 22   BECAUSE THEY'VE GOT TO GO RE-UP.

14:11:49 23        SHAKEIM, IN THOSE TEXT MESSAGES, DOESN'T SAY, "MY

14:11:51 24   NEPHEW IS SENDING ME OUT TO PHOENIX."  HE DOESN'T SAY,

14:11:54 25   "I'VE GOT TO GO DO MY NEPHEW A FAVOR."  HE DOESN'T SAY, "MY

14:11:58   1   NEPHEW NEEDS ME TO DO THIS, SO I'M GOING TO DO IT THIS ONE

14:12:01   2   TIME."  HE SAYS, "ME AND MY NEPHEW ARE TALKING ABOUT TAKING

14:12:03   3   A TRIP TO GET A HUNDRED BAGS."  AND HE'S ADVERTISING THAT

14:12:06   4   FACT TO THE PEOPLE WHO ARE WAITING ON HIM TO GET BACK WITH

14:12:09   5   THE DRUGS.

14:12:10   6          AGAIN, THE COURT SAW THE TEXTS.  HE SAYS, "IS THIS

14:12:13   7   GOING TO HAPPEN SOON?"  AND SHAKEIM SAYS, "YES.  THEY'RE

14:12:15   8   WAITING ON ME.  IT'S IN THE WORKS."

14:12:17   9          HE AGREES IN THAT ONE CONVERSATION -- THE

14:12:19  10   INDIVIDUAL SAYS HE DOESN'T NEED MUCH TO GET BACK ON HIS

14:12:22  11   FEET.  AND SHAKEIM'S SOLUTION TO THAT, BASED ON THE

14:12:26  12   DETECTIVE'S TESTIMONY, IS THAT HE'S GOING TO FRONT HIM

14:12:28  13   FENTANYL PILLS WHEN HE GETS BACK TO SELL SO THAT HE CAN

14:12:30  14   HELP HIM GET ON HIS FEET.  OTHER PEOPLE ARE RELYING ON HIM.

14:12:34  15          WHEN WE LOOK AT HIS RESPONSIBILITY AND DISCRETION,

14:12:36  16   THE LAST FACTOR, HIS PHONE SUGGESTS HE'S ENGAGING ABOUT

14:12:40  17   WHEN TO GO, AND HE'S ENGAGING WITH OTHER PEOPLE OUTSIDE OF

14:12:42  18   ISAIAH ABOUT WHAT TO DO WHEN HE GETS BACK WITH THOSE PILLS.

14:12:45  19   THIS IS NOT THE GUY WHO IS PAID A THOUSAND DOLLARS TO PICK

14:12:48  20   UP A DUFFEL BAG OR TO DRIVE A CAR FROM POINT A TO POINT B.

14:12:51  21   HE'S ACTIVELY ENGAGING IN THIS CRIMINAL ACTIVITY WITH THIS

14:12:55  22   DTO, PARTICIPATING IN THE PLANNING, PARTICIPATING IN THE

14:12:58  23   DISTRIBUTION, AND HE'S ALSO, AS THE AGENT TESTIFIED,

14:13:02  24   PARTICIPATING IN GANG ACTIVITY, ACTIVELY INVOLVED WITH

14:13:05  25   VARIOUS SETS OF BLOOD GANGS.  AND THAT PREDATES HIS ARRIVAL

14:13:09  1    IN NORTH CAROLINA.  BUT IT IS CRIMINAL ACTIVITY WITHIN THE
14:13:11  2    SCOPE OF A DRUG TRAFFICKING CONSPIRACY.  HE CAN'T MEET HIS
14:13:15  3    BURDEN BY ONLY SAYING HE ONLY TRANSPORTED THESE DRUGS ONCE
14:13:18  4    AND HE ONLY SHOWED UP ONCE.  I DON'T THINK THAT THAT'S
14:13:20  5    FACTUALLY ACCURATE.  BUT I STILL DON'T THINK, EVEN IF TRUE,
14:13:23  6    THAT WOULD SAVE HIM -- OR WARRANT THE MITIGATING ROLE IN
14:13:27  7    THIS CASE.  HE'S NOT SUBSTANTIALLY LESS CULPABLE THAN
14:13:30  8    AVERAGE.  HE'S RIGHT IN THE MIDDLE OF THE PACK WITH THE
14:13:32  9    REST OF HIS COCONSPIRATORS.

14:13:41  10         THE COURT:  ALL RIGHT.  UNDER SECTION 3B1.2, A
14:13:44  11   DOWNWARD ADJUSTMENT MAY BE APPROPRIATE FOR A DEFENDANT WHO
14:13:46  12   PLAYS A PART IN COMMITTING THE OFFENSE THAT MAKES HIM
14:13:49  13   SUBSTANTIALLY LESS CULPABLE THAN THE AVERAGE PARTICIPANT IN
14:13:53  14   THE CRIMINAL ACTIVITY.  THAT'S SECTION 3B1.2, COMMENT NOTE
14:13:56  15   3(A).  A FOUR-LEVEL REDUCTION IS APPROPRIATE IF THE
14:14:00  16   DEFENDANT WAS A MINIMAL PARTICIPANT IN ANY CRIMINAL
14:14:03  17   ACTIVITY UNDER 3B1.2(A).  A TWO-LEVEL REDUCTION IS
14:14:06  18   APPROPRIATE IF THE DEFENDANT WAS A MINOR PARTICIPANT UNDER
14:14:09  19   3B1.2(B).  A MINOR PARTICIPANT IS SOMEONE WHO IS LESS
14:14:14  20   CULPABLE THAN MOST OTHER PARTICIPANTS IN THE CRIMINAL
14:14:17  21   ACTIVITY, BUT WHOSE ROLE COULD NOT BE DESCRIBED AS MINIMAL.
14:14:20  22   COMMENT NOTE 5.  IF THE CASE IS FALLING BETWEEN (A) AND
14:14:24  23   (B), DECREASE BY THREE LEVELS UNDER 3B1.2.

14:14:27  24        IN EVALUATING WHETHER TO APPLY A MITIGATING ROLE
14:14:30  25   ADJUSTMENT, THE COURT CONSIDERS THE TOTALITY OF THE

CIRCUMSTANCES THROUGH THE LENS OF FIVE NONEXHAUSTIVE
FACTORS AS DESCRIBED IN COMMENT NOTE 3(C):  (1) THE DEGREE
TO WHICH THE DEFENDANT UNDERSTOOD THE SCOPE AND STRUCTURE
OF THE CRIMINAL ACTIVITY; (2) THE DEGREE TO WHICH THE
DEFENDANT PARTICIPATED IN PLANNING OR ORGANIZING THE
CRIMINAL ACTIVITY; (3) THE DEGREE TO WHICH THE DEFENDANT
EXERCISED DECISION-MAKING AUTHORITY OR INFLUENCED THE
EXERCISE OF DECISION-MAKING AUTHORITY; (4) THE NATURE AND
EXTENT OF THE DEFENDANT'S PARTICIPATION IN THE COMMISSION
OF A CRIMINAL ACTIVITY, INCLUDING THE ACTS THE DEFENDANT
PERFORMED AND THE RESPONSIBILITY AND DISCRETION THE
DEFENDANT HAD IN PERFORMING THOSE ACTS; (5) THE DEGREE TO
WHICH THE DEFENDANT STOOD TO BENEFIT FROM THE CRIMINAL
ACTIVITY.

THESE PRINCIPLES ARE DISCUSSED IN CASES TO INCLUDE
*U.S. V. IGLESIAS*, 718 F.APP'X 210 (4TH CIR. 2018).  *U.S. V.
CARBAJAL*, 717 F.APP'X 234 (4TH CIR. 2018).  THE FACT THAT A
DEFENDANT PERFORMS AN ESSENTIAL OR INDISPENSABLE ROLE IN A
CRIMINAL ACTIVITY IS NOT DETERMINATIVE, UNDER COMMENT NOTE
3(C).  THE DEFENDANT BEARS THE BURDEN OF SHOWING THE
MITIGATING ROLE ADJUSTMENT APPLIES.  SEE *UNITED STATES V.
SANDOVAL*, 721 F.APP'X 281, (4TH CIR. 2018).

THE GUIDELINE'S COMMENTARY MAKES CLEAR AND THE
FOURTH CIRCUIT HAS NOTED THAT SECTION 3B1.2 ANALYSIS IS
HEAVILY DEPENDENT UPON THE FACTS OF THE PARTICULAR CASE.

SEE *UNITED STATES V. GUERRERO-DELEON*, 713 F.APP'X 163 (4TH CIR. 2017).

HERE, I HAVE CONSIDERED THE FACTORS. I UNDERSTAND THE ARGUMENT ABOUT THE TOTALITY OF THE -- THE CONSPIRACY. AND THE CONSPIRACY AS CHARGED IS FROM IN OR ABOUT JANUARY 2022 TO ON OR ABOUT NOVEMBER 6TH, 2024. MR. SHAKEIM WEEKS APPEARS, AS REFLECTED IN THE PSR -- AND I CREDIT THE TESTIMONY OF AGENT WESCOE, WHEN YOU BEGIN -- WITH THE TEXT MESSAGES -- WHEN HE RETURNS FROM TEXAS TO NORTH CAROLINA, WITH THE TEXT MESSAGES THAT ARE -- THAT THE AGENT DISCUSSED WHERE HE IS -- HE, THE DEFENDANT, IS COMMUNICATING WITH A COUPLE OF DIFFERENT PEOPLE ON MAY 17TH, 2024, ABOUT HIM MAKING PLANS WITH HIS NEPHEW, WHO IS ISAIAH WEEKS, TO TAKE IN A DRIVE TO GET A HUNDRED BAGS TO KEEP IT BLOODY. OBVIOUSLY, REFERRING TO THE -- HIS ROLE WITHIN THE BLOODS ORGANIZATION THAT HE'S VERY PROUD TO BE PART OF. AND THAT THAT HUNDRED BAGS, REFERENCING THE FENTANYL THAT THEY WERE GOING TO GO GET IN ARIZONA. THAT'S REFLECTED IN GOVERNMENT EXHIBIT 1.

LIKEWISE, IN GOVERNMENT EXHIBIT 2, HE TELLS THAT INDIVIDUAL WITH WHOM HE'S COMMUNICATING ABOUT WANTING TO SEE THE WHOLE GANG EAT, LEGALLY OR ILLEGALLY, YOU KNOW. AND REFERENCES THAT HE DOES HAVE BUSINESSES BACK IN HOUSTON. AND THAT HE AND HIS NEPHEW, TALKING ABOUT GOING TO GET THE HUNDRED BAGS, AND ALSO TALKING ABOUT THEN

14:18:01 1  FRONTING THE DRUGS TO THIS PERSON WITHOUT ANY INDICATION

14:18:07 2  THAT HE HAS TO GET THE APPROVAL OF ISAIAH, WHICH IS

14:18:13 3  CERTAINLY EVIDENCE -- WHEN YOU COUPLE IT WITH THE EVIDENCE

14:18:17 4  THAT HE TRAVELS WITH HIS NEPHEW TO ARIZONA, REFERENCES

14:18:23 5  STAYING IN THE AIRBNB WHERE THERE'S THE POOL AND THE

14:18:28 6  PUTT-PUTT, AND HE UNDERSTANDS THE SCOPE AND STRUCTURE OF

14:18:32 7  THE CRIMINAL ACTIVITY ASSOCIATED WITH THE INTERSTATE DTO,

14:18:36 8  OF TRAVELING TO ARIZONA.

14:18:37 9       AND THE SECOND FACTOR, THE DEGREE TO WHICH HE

14:18:40 10 PARTICIPATED IN THE PLANNING OR ORGANIZING THE CRIMINAL

14:18:42 11 ACTIVITY, CERTAINLY WITH RESPECT TO THIS TRIP.  AND THE

14:18:45 12 CONSPIRACY WAS LARGER, BUT HE'S -- HE'S PARTICIPATING IN

14:18:49 13 PLANNING THIS PART OF THE CRIMINAL ACTIVITY AND CERTAINLY

14:18:52 14 UNDERSTOOD THAT HE WOULD BE DRIVING -- THAT HE WOULD BE

14:18:55 15 RIDING BACK WITH THE DRUGS.  HIS EXERCISE OF

14:18:57 16 DECISION-MAKING AUTHORITY IS REFLECTED IN MAKING AN

14:19:02 17 AGREEMENT TO FRONT DRUGS THAT HE WAS GOING OUT TO ARIZONA

14:19:04 18 TO GET WITHOUT ANY REFERENCE TO GETTING OR SEEKING THE

14:19:07 19 APPROVAL OF ISAIAH OR ANYONE WHO WAS -- HAD A HIGHER PLACE

14:19:12 20 IN THE PYRAMID OF CULPABILITY WITHIN THIS DTO.

14:19:17 21      AND THE NATURE AND EXTENT OF HIS PARTICIPATION IN

14:19:19 22 THE COMMISSION OF THE CRIMINAL ACTIVITY, INCLUDING THE ACTS

14:19:22 23 HE PERFORMED AND THE RESPONSIBILITY AND DISCRETION HE HAD

14:19:24 24 IN PERFORMING THOSE ACTS.  AGAIN, HE CERTAINLY HAD THE

14:19:28 25 DISCRETION IN TALKING ABOUT ENGAGING IN THIS ACTIVITY IN

14:19:32 1  ORDER TO FEED -- FEED THE BLOODS AND GETTING THIS OTHER

14:19:37 2  CRIMINAL BACK ON HIS FEET WITHOUT ANY REFERENCE TO ANYONE

14:19:40 3  ELSE.  THE DEGREE TO WHICH HE STOOD TO BENEFIT FROM THE

14:19:44 4  CRIMINAL ACTIVITY.  THE TEXTS THEMSELVES DON'T DETERIORATE

14:19:48 5  THAT, BUT SADLY SOME PEOPLE FIND BENEFIT FROM SORT OF BEING

14:19:54 6  INVOLVED IN GOING AND ACTUALLY GETTING DRUGS AND THEN

14:19:57 7  FRONTING.  AND HE CERTAINLY SUGGESTS THAT HE WANTS TO GET

14:20:00 8  INTO A POSITION WHERE HE CAN BE MORE BEHIND THE SCENES AND

14:20:03 9  BE A SUPPLIER AND NOT BE THE ONE THAT ACTUALLY IS DOING

14:20:06 10  ANYTHING REMOTELY, IN MY VIEW, HAND-TO-HAND.

14:20:10 11       SO I THINK THE DEFENDANT HAS FAILED TO MEET HIS

14:20:14 12  BURDEN WITH PROVING THAT THERE SHOULD BE AN ADJUSTMENT OF

14:20:17 13  EVEN TWO LEVELS, MUCH LESS THREE OR FOUR.  I DO THINK

14:20:21 14  PROBATION PROPERLY SCORED THIS.  THE DEFENDANT'S OBJECTION

14:20:26 15  IS OVERRULED.

14:20:28 16       THERE WERE NO OTHER OBJECTIONS -- CORRECT? -- FROM

14:20:30 17  THE DEFENSE, MR. ALLEN?

14:20:32 18            MR. ALLEN:  THAT IS CORRECT, YOUR HONOR.

14:20:32 19            THE COURT:  NO OBJECTIONS FROM THE UNITED STATES?

14:20:34 20            MS. PEADEN:  THAT'S CORRECT, YOUR HONOR.

14:20:34 21            THE COURT:  ALL RIGHT.  SO THE TOTAL OFFENSE LEVEL

14:20:37 22  IS 31, THE CRIMINAL HISTORY CATEGORY IS IV, THE ADVISORY

14:20:40 23  GUIDELINE RANGE IS 151 TO 188 MONTHS.

14:20:43 24       YOU AGREE THAT THE 31 AND A IV YIELDS THE 151 TO

14:20:48 25  188, MR. ALLEN?

| | |
|---|---|
| 14:20:49 | 1 |
| 14:20:50 | 2 |
| 14:20:51 | 3 |
| 14:20:51 | 4 |
| 14:20:52 | 5 |
| 14:20:54 | 6 |
| 14:20:57 | 7 |
| 14:21:00 | 8 |
| 14:21:00 | 9 |
| 14:21:01 | 10 |
| 14:21:02 | 11 |
| 14:21:05 | 12 |
| 14:21:09 | 13 |
| 14:21:14 | 14 |
| 14:21:19 | 15 |
| 14:21:23 | 16 |
| 14:21:26 | 17 |
| 14:21:33 | 18 |
| 14:21:39 | 19 |
| 14:21:45 | 20 |
| 14:21:50 | 21 |
| 14:21:55 | 22 |
| 14:21:58 | 23 |
| 14:22:03 | 24 |
| 14:22:04 | 25 |

MR. ALLEN:  YES, YOUR HONOR.

THE COURT:  AND THE UNITED STATES AGREES WITH THAT?

MS. PEADEN:  YES, YOUR HONOR.

THE COURT:  ALL RIGHT.  I'LL HEAR FIRST FROM MR. ALLEN ON THE 3553(A) FACTORS AND THEN FROM MR. WEEKS AND THEN FROM MS. PEADEN, THEN I'LL GIVE MR. ALLEN THE LAST WORD.

MR. ALLEN.

MR. ALLEN:  THANK YOU, YOUR HONOR.

BEFORE WE LEAP INTO OTHER MITIGATION, I DO WANT TO NOTE ON THE CRIMINAL HISTORY, I DID NOT ADDRESS THAT IN THE SENTENCING MEMORANDUM.  AT PARAGRAPH 70 AND 71, YOU WILL SEE THAT THE FIRST, WHEN HE IS AGE 20 -- BASICALLY, I THINK A CRIMINAL HISTORY IV OVERSTATES OR OVERREPRESENTS THINGS. I WOULD RESPECTFULLY SUGGEST HE'S GOT SEVEN POINTS.  THREE OF THOSE ARE FROM A BREAKING AND ENTERING IN 2016 WHEN HE WAS IN A GANG AT AGE 20.  THERE WERE $700 WORTH OF PROPERTY STOLEN FROM TWO RESIDENCES.  AND THEN SHORTLY AFTER THAT, THERE IS ANOTHER THREE POINTER AT AGE 21.  IT'S POSSESSION OF A FIREARM BY FELON, PIGGYBACKING ON THE FELONY I JUST DESCRIBED.  SO THAT'S SIX OF THE SEVEN POINTS.  THE SEVENTH POINT COMES AT AGE 26, IN 2022.  IT'S SIMPLE POSSESSION. HE GETS A POINT FOR THAT.

AND SO I WOULD ASK YOUR HONOR TO TAKE INTO

14:22:07 1  CONSIDERATION THAT THAT'S A PRETTY THIN CRIMINAL HISTORY IV

14:22:13 2  AGAINST THE BROAD SWEEP OF THINGS THAT I KNOW THE COURT

14:22:16 3  SEES.

14:22:18 4      LEAPING INTO MATERIAL THAT I KNOW YOUR HONOR IS

14:22:21 5  FAMILIAR WITH, BUT -- AND IF YOU'LL BEAR WITH ME BRIEFLY --

14:22:27 6  AND YOU'VE BEEN SO GENEROUS WITH YOUR TIME -- I WANT TO

14:22:30 7  DESCRIBE, PARTICULARLY FOR SHAKEIM, THE KINDS OF THINGS

14:22:32 8  THAT PEOPLE ARE SAYING ABOUT HIM AND JUST REVIEW QUICKLY

14:22:36 9  THE INFORMATION THAT CAUSED PROBATION TO SUGGEST

14:22:42 10 CONSIDERING A VARIANCE.

14:22:44 11     SO AS YOU KNOW, SHAKEIM WAS EXPOSED TO DRUG USE

14:22:48 12 AND TRAUMA FROM AN EARLY AGE.  HIS MOM DIED OF A COCAINE

14:22:52 13 OVERDOSE WHEN HE WAS 8.  HIS DAD WAS 63 WHEN HE WAS BORN.

14:22:57 14 THEY WERE NEVER TOGETHER.  HE DIES 15 YEARS LATER.  HE THEN

14:23:00 15 GOES TO LIVE WITH HIS PATERNAL HALF-BROTHER.  SO A MUCH

14:23:06 16 OLDER -- I THINK IN HIS 30S WHEN HE IS ONLY 12?  15?

14:23:11 17 SOMEWHERE IN THERE.  AND HE'S BEATEN SEVERELY.  HE'S

14:23:14 18 LITERALLY BURNED WITH CIGARETTES BY THE ABUSIVE OLDER

14:23:18 19 BROTHER MALCOLM WILLIAMS.

14:23:20 20     HE THEN COMES BACK.  HE'S WITH AN AUNT WHO ALSO IS

14:23:25 21 ABUSIVE AND IS BASICALLY TAKING THE CHECK THAT COMES IN FOR

14:23:32 22 THE CARE.  HE THEN IS WITH, I THINK, ANOTHER AUNT WHO ALSO

14:23:39 23 HAS SUBSTANCE ABUSE PROBLEMS WHO HE SEES USING DRUGS.  HE

14:23:45 24 ACTUALLY HAS AN AUNT WHO HE SEES DIES -- DIE OF AN OVERDOSE

14:23:50 25 AND ATTEMPTS TO REVIVE HER, AT AGE 12.  HE HAS -- HE'S NOT

14:23:56 1  LUCKY IN HIS FIRST SHOT WITH FOSTER CARE. HE GETS PUT IN A

14:23:59 2  SINGLEWIDE TRAILER WITH SOMEONE IN HAMLET WHO IS BASICALLY

14:24:05 3  TAKING $600 AND GIVING HIM NONE OF IT. THERE WERE MULTIPLE

14:24:09 4  PEOPLE LIVING THERE. HE THEN IS VERY FORTUNATE AND LANDS

14:24:14 5  WITH JOANNE AND TERRY THOMAS, WHO HE CONTINUES TO TALK OF

14:24:19 6  AS MOM AND DAD. THEY WOULD BE HERE BUT THEY WERE ON A

14:24:22 7  PREPLANNED CRUISE. BUT THEY ARE HERE IN SPIRIT. AND THEY

14:24:26 8  SENT LETTERS THAT I KNOW YOUR HONOR HAS READ. SHAKEIM HAS

14:24:31 9  NOT HAD AN OPPORTUNITY TO SEE THEM ALL. BUT I JUST WANTED

14:24:34 10  TO QUICKLY TOUCH ON THE THINGS THAT ARE STATED THERE,

14:24:36 11  BECAUSE I DO THINK IT IS POWERFUL UNDER 3553(A). THIS IS

14:24:42 12  UNUSUAL STUFF FOR ME TO SEE.

14:24:44 13      SO HIS MOM, AS HE CALLS HER JOANNE THOMAS, HIS

14:24:48 14  FOSTER MOTHER, SAYS THAT SHAKEIM WAS BORN TO AN EX-CON

14:24:54 15  FATHER WHO WAS MUCH OLDER THAN HIS DRUG-ADDICTED MOTHER.

14:24:56 16  HIS MOM DIED FROM A DRUG-INDUCED HEART ATTACK WHEN SHAKEIM

14:25:00 17  WAS ABOUT 6. HE WAS LEFT WITH HIS AUNT, MARYANN EDWARDS.

14:25:03 18  SHE LIVED ON WHAT IS CALLED THE NORTH YARD, OR DOBBIN

14:25:06 19  HEIGHTS. THE PROJECTS, AS SHAKEIM HIMSELF WOULD SAY.

14:25:09 20      BUT, YOU KNOW, SHE GOES ON TO SAY SHAKEIM WAS

14:25:13 21  LOVING AND PROTECTING -- PROTECTIVE OF OUR FAMILY. WE HAD

14:25:16 22  TO HELP HIM REALIZE THAT HE NO LONGER HAD TO FIGURE OUT HOW

14:25:19 23  TO FEED AND CLOTHE HIMSELF. IT'S HARD FOR ME TO IMAGINE

14:25:24 24  ONE OF MY CHILDREN BEING IN THOSE CIRCUMSTANCES. THIS IS A

14:25:27 25  YOUNG MAN WHO BASICALLY HAD TO DO THAT FROM AGE 6 ON, WHEN

14:25:32 1  HIS MOM DIES ONWARDS. HE'S BASICALLY TAKING CARE OF

14:25:35 2  HIMSELF. MS. THOMAS, WHO IS A NURSE AND IS A PRACTICAL

14:25:40 3  PERSON, AS I THINK YOU CAN TELL FROM READING HER LETTER,

14:25:43 4  HAS SEEN SOME STUFF. SAYS, "I BELIEVE SHAKEIM CAN GET IT

14:25:48 5  RIGHT WITH A LITTLE MORE GOOD EXAMPLE."

14:25:50 6      HER HUSBAND, TERRY THOMAS, WHO HE DESCRIBES -- WHO

14:25:57 7  SHAKEIM CALLS DAD: SHAKEIM CAME TO LIVE WITH US WHEN HE

14:26:01 8  WAS 15. HIS UPBRINGING AND LIFESTYLE WITH -- FOR THE

14:26:04 9  STREETS, HIS INFLUENCERS WERE MUCH OLDER THAN HE WAS,

14:26:08 10  LITTLE TO NO EDUCATION. AFTER HIS FATHER DIED, HE WAS

14:26:11 11  OFTEN LEFT ALONE AND HAD TO FEND FOR HIMSELF. HE WAS

14:26:14 12  LIVING FROM HOUSE TO HOUSE, EATING AND SLEEPING WHERE HE

14:26:17 13  COULD WITH FAMILY. HE WAS NO LONGER TOLERATED BY THEM. HE

14:26:20 14  WENT -- WHEN HE WAS NO LONGER TOLERATED BY THEM, HE WENT

14:26:24 15  FROM FOSTER HOME TO FOSTER HOME WITH NO STABILITY. DESPITE

14:26:27 16  ALL OF THESE DIFFICULTIES, HE WAS ALWAYS FULL OF JOY AND

14:26:30 17  LAUGHTER. UNLESS YOU KNEW OF HIS STRUGGLE, WHEN YOU SAW

14:26:34 18  HIM, YOU WOULD NEVER KNOW HE WAS GOING THROUGH ALL THAT HE

14:26:36 19  WAS. SHAKEIM IS A LOVEABLE YOUNG MAN WITH MANNERS AND

14:26:40 20  INTEGRITY BUT SOMETIMES CAN BE EASILY INFLUENCED BY FAMILY

14:26:43 21  AND PEERS. WE ARE NOT BLOOD RELATED BUT WE HAVE A

14:26:46 22  RELATIONSHIP MUCH CLOSER THAN MANY FATHERS AND SONS HAVE,

14:26:50 23  EVEN IN THESE CIRCUMSTANCES.

14:26:52 24      AND I'M THINKING, YOUR HONOR, ABOUT THE SENTENCING

14:26:54 25  EARLIER WHEN THE COURTROOM WAS PACKED WITH FAMILY, AND

14:27:02 1 MR. WEEKS NEVER HAD ANY OF THAT. NOT ONCE. BUT HE DID --

14:27:07 2 HE WAS FORTUNATE WITH JOANNE AND TERRY THOMAS. THEY'RE

14:27:10 3 STILL IN HIS LIFE. WHEN HE WAS AWAY FROM THEM WAS WHEN HE

14:27:14 4 GOT INTO SOME OF THESE SITUATIONS. HE IS -- AS HIS BROTHER

14:27:21 5 SAYS, SHAKEIM IS NOT BEYOND REDEMPTION. HE'S ALWAYS HAD A

14:27:25 6 GOOD HEART. I BELIEVE WITH TIME, REFLECTION, AND THE RIGHT

14:27:27 7 SUPPORT, HE WILL EMERGE FROM THIS EXPERIENCE STRONGER,

14:27:30 8 WISER, MORE DETERMINED TO LIVE UP TO THE POTENTIAL THAT HE

14:27:32 9 ALWAYS HAS WITH HIM.

14:27:34 10 YOUR HONOR, I'VE SPENT A GREAT DEAL OF -- PART OF

14:27:36 11 WHAT WE DO ON THESE APPOINTED CASES IS SPEND TIME IN THE

14:27:40 12 DETENTION FACILITIES TALKING AND THINKING ABOUT HOW WE GOT

14:27:43 13 HERE, LEARNING THE STORIES. I CAN SAY TO YOU WITH ABSOLUTE

14:27:49 14 SINCERITY SHAKEIM IS PROBABLY MY FAVORITE CLIENT EVER. HE

14:27:53 15 IS POSITIVE. HE HAS GREAT PERSPECTIVE. HE LEARNS. WE'VE

14:27:59 16 TALKED ABOUT WHAT'S HAPPENED HERE. HE SEES WHAT A TERRIBLE

14:28:05 17 DECISION HE MADE. HE TAKES RESPONSIBILITY FOR IT. HE WILL

14:28:09 18 STAND UP AND DO THAT TO YOUR HONOR. HE'S ALWAYS

14:28:13 19 RESPECTFUL. HE'S ALWAYS GRACIOUS. AND I FERVENTLY BELIEVE

14:28:17 20 THAT HE CAN GO FORTH AND DO BETTER AND WILL DO BETTER.

14:28:21 21 I KNOW YOUR HONOR THINKS ABOUT PAST IS PROLOGUE

14:28:25 22 AND -- AND VALUES FREE WILL. AND ONE OF THE INDICATIONS

14:28:34 23 THAT I HAVE FOR YOUR HONOR, THAT SHAKEIM UNDERSTANDS THAT

14:28:38 24 THERE ARE CHOICES TO BE MADE; AND THAT WHILE HE'S MADE A

14:28:42 25 CHOICE HERE, HE CAN MAKE A DIFFERENT CHOICE GOING FORWARD,

14:28:44  1  IS THAT HE -- WE'VE TALKED ABOUT THE GANG SITUATION.  AND

14:28:48  2  HE WANTED ME TO REPRESENT HERE IN COURT THAT HE ABSOLUTELY

14:28:53  3  REPUDIATES ANY FURTHER INVOLVEMENT.  HE SEES THAT IT HAS

14:28:57  4  CAUSED HIM NOTHING BUT GRIEF.  AND, YOUR HONOR, I WOULD

14:29:00  5  ASK, IF POSSIBLE, IN THE STATEMENT OF REASONS -- I BELIEVE

14:29:04  6  THERE'S A SECTION UNDER "OTHER," THAT A NOTATION BE MADE

14:29:08  7  THAT HE IN OPEN COURT HAS WITHDRAWN FROM ANY GANG-RELATED

14:29:14  8  CONNECTION.  IT'S SINCERE, BECAUSE HE SEES THE GRIEF THAT

14:29:17  9  IT HAS BROUGHT HIM TO.

14:29:25  10      ONE OF THE OTHER DIFFERENCES FROM THIS MORNING IS

14:29:29  11  THAT WHEREAS THE DEFENDANT THEN HAD NO INVOLVEMENT WITH

14:29:33  12  SUBSTANCE ABUSE, SHAKEIM WAS EXPOSED TO MARIJUANA AND TRIED

14:29:36  13  IT FOR THE FIRST TIME WHEN HE WAS 12.  HE WAS ADDICTED.

14:29:40  14  BUT HE REMAINS ADDICTED.  HE'S BEEN CLEAN IN JAIL.  BUT

14:29:44  15  IT'S GOING TO BE A LIFELONG STRUGGLE AND HE WOULD BENEFIT

14:29:47  16  FROM RDAP, YOUR HONOR; SO I WOULD ASK YOUR HONOR TO

14:29:49  17  RECOMMEND THAT.

14:29:59  18      MENTAL HEALTH, DEFINITELY.  AND VOCATIONAL.  WE

14:30:02  19  WOULD ASK YOU TO RECOMMEND THOSE THINGS.  WE WOULD ASK YOU

14:30:04  20  TO RECOMMEND BUTNER.

14:30:06  21      YOUR HONOR, I THINK WHAT WE'VE DONE ADEQUATELY

14:30:09  22  PRESERVES THE OBJECTION ON -- ON THE MITIGATING ROLE, BUT

14:30:14  23  CERTAINLY WE WOULD RESPECTFULLY ASK TO PRESERVE THAT

14:30:16  24  OBJECTION.

14:30:18  25      AND, YOUR HONOR, I AM HERE EARNESTLY FOR THE SORT

1   OF THE REASONS THAT WE'VE BEEN TALKING ABOUT AND YOU'VE

2   HEARD ME WIND ON ABOUT.  THE MITIGATION IN PARTICULAR I

3   WOULD RESPECTFULLY ASK YOUR HONOR TO SENTENCE HIM AT THE

4   STATUTORY MINIMUM OF TEN YEARS.

5            THE COURT:  THANK YOU.

6            AT THIS TIME I'LL HEAR FROM MR. WEEKS, IF YOU

7   WOULD LIKE TO MAKE A STATEMENT.

8            THE DEFENDANT:  YES, SIR.

9            I JUST WANT TO APOLOGIZE FOR COMING INTO YOUR

10  COURTROOM IN FRONT OF YOU ON THIS TYPE OF CHARGE.  AND I

11  JUST WANT TO LET YOU KNOW THAT I PLAN TO LEARN EVERYTHING

12  THAT I CAN IN THE B.O.P. AS FAR AS VOCATIONAL CLASSES,

13  RDAP, HELP GET MY MENTAL STRAIGHT, YOU KNOW, STAY AWAY FROM

14  CERTAIN -- A LOT OF PEOPLE AND A LOT OF GANG MEMBERS, SIR.

15  AND I JUST WANT TO GET IT RIGHT THIS TIME AND MAKE BETTER

16  DECISIONS GOING FORWARD.  AND AGAIN, I JUST WANT TO

17  APOLOGIZE, SIR --

18           THE COURT:  THANK YOU.

19           THE DEFENDANT:  -- SINCERELY AND HONESTLY.  THANK

20  YOU.

21           THE COURT:  THANK YOU.

22           AT THIS TIME I'LL HEAR FROM MS. PEADEN ON BEHALF

23  OF THE UNITED STATES.

24           MS. PEADEN:  THANK YOU, YOUR HONOR.

25           THE COURT IS WELL FAMILIAR WITH THE NATURE AND

| | |
|---|---|
| 14:31:30 | 1 |
| 14:31:32 | 2 |
| 14:31:35 | 3 |

CIRCUMSTANCES OF THIS CONDUCT, AND THEY'RE ADEQUATELY OUTLINED IN THE PSR. SHAKEIM WEEKS AND THE GROUP THAT HE'S WORKING WITH ARE MOVING THOUSANDS OF FENTANYL PILLS INTO RALEIGH. HE'S ARRESTED IN POSSESSION OF 100,000. AND WE TALK ABOUT HOW TO QUANTIFY THIS NUMBER OF PILLS, THIS EXPOSURE TO FENTANYL. AND EVEN THEN IT'S DIFFICULT TO APPRECIATE THE MAGNITUDE. IN THIS ONE TRIP, HE HAD ENOUGH FENTANYL PILLS TO SUPPLY ONE FIFTH OF THE POPULATION OF RALEIGH. THE CDC SAYS IN 2023 THERE WERE APPROXIMATELY 110,000 OVERDOSES. IN THIS ONE TRIP, HE HAS ALMOST ENOUGH FENTANYL PILLS TO ACCOUNT FOR EVERY SINGLE ONE OF THEM.

AND AS WE'VE TALKED ABOUT, HE'S NOT JUST THE GUY ON THE BUS; HE'S THE GUY WITH A PLAN FOR WHAT TO DO WITH THE PILLS WHEN HE GETS BACK, AND PART OF THAT PLAN INCLUDES HELPING OTHERS GET BACK ON THEIR FEET BY FRONTING THEM FENTANYL PILLS.

IN THE TEXT MESSAGES THAT THE COURT SAW, THAT INDIVIDUAL THAT SHAKEIM IS TALKING TO, AS THE AGENT TESTIFIED, SHAKEIM THINKS HE'S ON AN ANKLE MONITOR. THEY ARE ACTIVELY TALKING ABOUT THE FACT THAT THIS INDIVIDUAL HAS CRIMINAL CHARGES PENDING, HAS TO FIND A WAY TO PAY HIS LAWYER AND FEED HIS KIDS, AND SHAKEIM'S SOLUTION IS, "I'LL FRONT YOU FENTANYL PILLS."

HE DOES HAVE A SOMEWHAT LIMITED CRIMINAL HISTORY. WE DO -- I VIEWED PARAGRAPH 70 AND 71 SLIGHTLY DIFFERENT.

14:32:45  1   I UNDERSTAND MR. ALLEN'S ARGUMENT ABOUT HOW THEY SCORE.
14:32:48  2   BUT IF YOU LOOK AT THEM SLIGHTLY DIFFERENTLY, HE'S ARRESTED
14:32:52  3   AND CONVICTED OF THREE FELONIES, THE LARCENIES AND THE
14:32:56  4   B&ES.  HE MAKES IT FOUR MONTHS INTO HIS SUSPENDED SENTENCE
14:32:59  5   BEFORE HE'S, AGAIN, ARRESTED IN POSSESSION OF A FIREARM.
14:33:02  6   SO THE THREAT OF THE SUSPENDED SENTENCE THAT HE GETS ON THE
14:33:04  7   B&ES, NOT ENOUGH TO KEEP HIM FROM HAVING A GUN FOR A MERE
14:33:08  8   FOUR MONTHS.  HE DOESN'T MAKE IT HALF A YEAR.  SO IT'S JUST
14:33:12  9   THAT HE SERVES FOR THE SUSPENDED SENTENCE AND FOR THE
14:33:15  10  POSSESSION OF THE FIREARM JUST A COUPLE OF MONTHS LATER.
14:33:19  11        IN APRIL OF 2024, HE TELLS SOMEBODY THAT HE'S
14:33:23  12  TEXTING THAT THE POLICE -- WHO HE REFERS TO AS "THE 12" --
14:33:25  13  HAVE HIT ONE OF THE TRAPS.  AS LAW ENFORCEMENT TESTIFIED,
14:33:28  14  THAT MEANS SOMEWHERE THAT HE'S STORING DRUGS OR SOMEONE
14:33:31  15  HE'S ASSOCIATED WITH.  AND HE'S TRYING TO BUILD BACK UP
14:33:34  16  FROM THAT.  SO APRIL OF 2024, POLICE HAVE HIT THE TRAP AND
14:33:37  17  HE'S GOT TO GO BACK UP BECAUSE THEY TOOK 80 GRAND AND
14:33:42  18  POUNDS OF WHATEVER SUBSTANCES HE'S REFERRING TO.
14:33:44  19        MAY OF 2024, HE'S IN RALEIGH PLANNING THIS
14:33:46  20  RESUPPLY TRIP WITH ISAIAH.  SO HE'S RELATIVELY UNDETERRED
14:33:52  21  BY WHATEVER INTERACTION THAT IS WITH THE POLICE.  IT'S NOT,
14:33:55  22  "LET ME STOP.  LET ME DRAW BACK.  LET ME FIGURE OUT WHAT
14:33:59  23  CHOICES I'M GOING TO MAKE DIFFERENTLY."  THE ONLY CHOICE HE
14:34:01  24  MAKES DIFFERENTLY IS TO GO TO ANOTHER STATE AND ENGAGE IN
14:34:04  25  DRUG TRAFFICKING.

14:34:05  1          HE DID HAVE AN UNBELIEVABLY DIFFICULT CHILDHOOD,

14:34:07  2     AND THE COURT SHOULD ABSOLUTELY CONSIDER THAT AS A PART OF

14:34:10  3     THE 3553 FACTORS.  BUT HE'S NOT SOMEONE WHO IS ADDICTED TO

14:34:15  4     FENTANYL, WHO IS UNABLE TO MAKE A LEGAL LIVING.  HE'S JUST

14:34:18  5     SELLING IT.  HE'S JUST PICKING IT UP AND THEN SELLING IT, I

14:34:21  6     GUESS.  HE HAS THE ABILITY TO EARN MONEY LEGALLY, AND HE

14:34:24  7     RECOGNIZES THAT.  THE COURT SAW THE TEXT MESSAGES.  HE SAYS

14:34:28  8     WORKING OR TRAPPING.  HE SAYS, "I WANT TO SEE THE GANG --

14:34:31  9     WHOLE GANG EAT, LEGALLY OR ILLEGALLY."  SO HE IS

14:34:36  10    CONSCIOUSLY AWARE *I HAVE A CHOICE HERE*, AND HE IS CHOOSING

14:34:40  11    ILLEGALLY FOR HIMSELF, AND HE IS CHOOSING ILLEGALLY FOR THE

14:34:44  12    PEOPLE AROUND HIM WHO FIND THEMSELVES IN TROUBLE AND ARE

14:34:47  13    TRYING TO FIGURE OUT WHAT PATH THEY'RE GOING TO TAKE.

14:34:49  14          SO TO PROMOTE RESPECT FOR THE LAW, TO PROVIDE

14:34:52  15    DETERRENCE TO SHAKEIM WEEKS, TO OTHER PEOPLE AROUND HIM WHO

14:34:54  16    MIGHT BE FACING THAT SAME CHOICE, THAT SAME "AM I GOING TO

14:34:57  17    DO THIS LEGALLY OR ILLEGALLY," AND TO PROVIDE JUST

14:35:00  18    PUNISHMENT FOR AN EGREGIOUS AMOUNT OF FENTANYL PILLS JUST

14:35:03  19    IN THIS ONE TRIP, THE GOVERNMENT BELIEVES A GUIDELINE

14:35:06  20    SENTENCE IS WARRANTED AND THAT NO DOWNWARD VARIANCE IS

14:35:08  21    APPROPRIATE.  THANK YOU, YOUR HONOR.

14:35:10  22          THE COURT:  THANK YOU.

14:35:11  23          ANYTHING ELSE, MR. ALLEN?  AND ANY OTHER

14:35:13  24    RECOMMENDATIONS THAT YOU WANT?

14:35:16  25          MR. ALLEN:  YES, YOUR HONOR.  I JUST WANT TO

14:35:17  1  FOLLOW UP ON THAT ONE POINT.  AND I CAN'T -- MAYBE I'M

14:35:21  2  BEING BAITED INTO IT.  BUT THE IDEA THAT HE'S ENGAGED IN

14:35:24  3  EXTENSIVE DRUG TRAFFICKING HAS ZERO BASIS IN THE

14:35:27  4  EVIDENCE -- THE PHYSICAL EVIDENCE AND IN HIS CRIMINAL

14:35:31  5  RECORD.  I MEAN, HE GETS -- HE GETS THE ONE SIMPLE

14:35:35  6  POSSESSION THAT STARTS OUT WITH A LITTLE MORE CHARGE.  SO,

14:35:39  7  I MEAN, IF HE'S REALLY THIS -- THERE'S A LOT OF

14:35:43  8  SPECULATION.  THERE'S NOT SPECULATION ABOUT WHAT HE WAS

14:35:46  9  CAUGHT WITH.

14:35:46  10  AND I UNDERSTAND THE DETECTIVE'S INTERPRETATIONS

14:35:49  11  OF THE TEXTS.  THAT'S A BAD FACT FOR US.  AND THE QUANTITY

14:35:54  12  OF DRUGS ARE BAD FACTS.  BUT HE HAD NO PRIOR INVOLVEMENT.

14:35:57  13  IT'S JUST THAT ONE STRETCH THERE.  AND THERE WAS A FAMILY

14:36:07  14  RELATIONSHIP THERE.  AND HE RECOGNIZES THAT HE CANNOT --

14:36:14  15  HE'S GOT TO BE INCREDIBLY STRONG AND HE WILL BE ABOUT WHO

14:36:20  16  HE ASSOCIATES WITH.

14:36:22  17  SO, YOUR HONOR, THANK YOU FOR TAKING THE -- THE

14:36:25  18  GOVERNMENT WOULD HAVE NO CONSIDERATION GIVEN THE

14:36:28  19  MITIGATION.  THEY MAY MOUTH THE WORDS, BUT THAT IS --

14:36:32  20  THE COURT:  I MEAN, I UNDERSTAND THE CHAOTIC

14:36:34  21  CHILDHOOD.  BUT -- AND I WANT TO GIVE YOU A CHANCE TO

14:36:36  22  ADDRESS IT.  BECAUSE I GET -- RIGHT? -- THAT HE'S 6 YEARS

14:36:41  23  OLD AND HIS MOTHER IS A CRACK ADDICT AND DIES EITHER OF A

14:36:45  24  HEART ATTACK AS A RESULT OF THE CRACK OR JUST HOW MUCH THAT

14:36:49  25  CAN JUST DESTROY YOUR HEART, AND THEN AN AUNT DIES IN HIS

14:36:55  1    ARMS OF AN OVERDOSE.  AND THEN AS AN ADULT, HE CHOOSES --

14:37:00  2    *HE CHOOSES* -- TO DEAL IN ONE OF THE DEADLIEST DRUGS THAT IS

14:37:08  3    A PLAGUE IN THIS DISTRICT, IN THIS STATE, AND IN THIS

14:37:13  4    COUNTRY.  IT'S A DEGREE OF CALLOUSNESS FOR THE VOLUME.  I

14:37:20  5    WANT TO GIVE YOU A CHANCE TO ADDRESS IT BECAUSE I WILL NOT

14:37:24  6    IGNORE THE CHAOS OF HIS CHILDHOOD.  BUT AT THE SAME TIME, I

14:37:28  7    WILL NOT IGNORE THE MALICE THAT'S REFLECTED IN HIS CHOICE

14:37:33  8    AS AN ADULT TO POISON COUNTLESS PEOPLE TO SATIATE HIS

14:37:43  9    GREED.  THAT'S WHAT A DRUG DEALER DOES.

14:37:43  10             MR. HILL:  AND, YOUR HONOR --

14:37:48  11            THE COURT:  AND SO I WANT YOU TO BE ABLE TO --

14:37:50  12   GIVE ME YOUR BEST ARGUMENT.  I'M NOT GOING TO -- I'M NOT

14:37:52  13   GOING TO IGNORE THE BAD PARTS OF HIS CHILDHOOD, BUT IT

14:37:57  14   IS -- ABSOLUTELY WOULD BE WRONG FOR ME TO IGNORE THAT HE

14:38:01  15   HAD THESE EXPERIENCES AS A CHILD AND HE IS WILLING TO

14:38:05  16   INFLICT THAT ON OTHER CHILDREN, ON OTHER FAMILIES, ON THIS

14:38:10  17   DISTRICT, ON THIS STATE, ON THIS COUNTRY, TO SATIATE HIS

14:38:15  18   GREED.  YOUR OPPORTUNITY TO ADDRESS IT.

14:38:19  19            MR. ALLEN:  YES, SIR.  MOTHER DIES AT 6.  AUNT

14:38:23  20   DIES IN HIS ARMS.  THAT'S TRAUMA, YOUR HONOR.  THERE ARE

14:38:26  21   ALL SORTS OF MENTAL HEALTH ISSUES THAT COME WITH THAT.

14:38:29  22   THERE IS POOR DECISION-MAKING THAT COMES WITH THAT.  HE IS

14:38:32  23   AN ADDICT OF MARIJUANA SINCE AGE 12.

14:38:36  24            I UNDERSTAND DEEPLY THE COURT'S CONCERN ABOUT THE

14:38:45  25   AMOUNT OF DRUGS HERE.  IT IS CLEAR FROM THE TESTIMONY THAT

THIS WAS THE ONE INSTANCE IN WHICH HE WAS INVOLVED IN THIS

DTO. AND THE REASON -- I MEAN, HE IS THE SUCKER. HE'S THE

ONE WHO IS HOLDING THE BAG. HE RECOGNIZES THAT NOW. HE

IS --

THE COURT: BUT THE TEXTS -- THE TEXTS IN TITLE

III, THEY GIVE A PERSON -- AT LEAST THEY GIVE ME A GLIMPSE

INTO WHO SOMEBODY REALLY IS. I SEE GLEE AND PLANNING. I

DON'T SEE, YOU KNOW, "MY NEPHEW IS DOING SOMETHING. I

DON'T KNOW, YOU'VE GOT TO TALK TO MY NEPHEW." THAT'S NOT

WHAT I SEE IN THESE TEXTS. AND IF THIS -- THIS IS A WINDOW

INTO WHO HE IS FOR REAL.

MR. ALLEN: THERE ARE NO TEXTS WITH ISAIAH WEEKS.

THERE ARE NO TEXTS WITH ANY OTHER MEMBER OF THIS

CONSPIRACY. THERE'S A LOT OF PUFFERY IN THOSE TEXTS. FOR

EXAMPLE, THE RIMS AND FLASHY LIFESTYLE. THE GUY WAS

HOMELESS WITH NO CAR, NO REAL ESTATE, NO APARTMENT. HE HAD

BEEN LIVING HOTEL TO HOTEL, WHICH WE SEE IN THE TEXTS. HAD

I KNOWN WE WERE GOING TO HAVE AN AGENT UP HERE, I WOULD

HAVE BROUGHT THOSE IN. HE WAS BASICALLY HOMELESS IN TEXAS

FROM MARCH OF 2023 UNTIL HE MOVES BACK IN MAY OF 2024.

YOUR HONOR, THANK YOU FOR ENGAGING. I KNOW THAT

THE AMOUNT OF DRUG THREATENS TO OVERWHELM ANYTHING ELSE. I

WOULD ASK YOUR HONOR TO CAREFULLY CONSIDER WHAT HIS ROLE

WAS. I UNDERSTAND THAT THE COURT HAS DECLINED TO GIVE A

MITIGATING ROLE, BUT IT'S ALSO NOT DRIVING THIS. AND THERE

14:40:30  1  WERE MANY OTHER TRIPS TO PHOENIX, THERE WERE MANY OTHER

14:40:34  2  PACKAGES MAILED, LOTS OF OTHER CONDUCT GOING ON.  THIS IS

14:40:37  3  RIGHT AFTER HE GETS BACK.  AND IT'S SOMETHING HE WILL

14:40:41  4  OBVIOUSLY BEAR THE CONSEQUENCES OF.  WHAT I AM STRUGGLING

14:40:43  5  TO DO IS TO GIVE HIM -- GET A SENTENCE FROM THE COURT AFTER

14:40:49  6  FULL CONSIDERATION OF HARDSHIPS THAT I DON'T THINK ANY OF

14:40:55  7  US CAN FAIRLY SAY WE CAN IMAGINE OR REALLY EMPATHIZE WITH,

14:40:59  8  IS UNIMAGINABLE WHAT HE ENDURED.

14:41:01  9       BUT HE IS A PERSON WHO IS CAPABLE OF DOING MUCH

14:41:05  10  BETTER.  I UNDERSTAND THAT THE GOVERNMENT WOULD HAVE THAT

14:41:08  11  HELD AGAINST HIM.  I WOULD ALSO ASK THAT THE COURT THINK

14:41:13  12  ABOUT, UNDER 3553(A), THE OPPORTUNITY FOR HIM TO BE A

14:41:17  13  BETTER PERSON, FOR HIM TO REDEEM HIMSELF.  THIS IS HIS

14:41:20  14  FIRST FEDERAL CHARGE, FIRST TIME HE WILL DO ANY TIME AT THE

14:41:25  15  BUREAU OF PRISONS.  AND THERE ARE LOTS OF PROGRAMS THAT

14:41:28  16  WILL HELP HIM.  AND I WOULD SAY, YOUR HONOR, AS AN OFFICER

14:41:30  17  OF THE COURT, I VERY MUCH BELIEVE HE IS CAPABLE OF

14:41:33  18  REDEMPTION AND REHABILITATION.  AND I THANK YOU FOR TAKING

14:41:37  19  THOSE THINGS INTO ACCOUNT.

14:41:38  20       THE COURT:  THANK YOU.

14:41:43  21       ALL RIGHT.  MR. WEEKS, THE COURT RECOGNIZES ITS

14:41:45  22  OBLIGATION TO IMPOSE A SENTENCE SUFFICIENT BUT NOT GREATER

14:41:47  23  THAN NECESSARY TO COMPLY WITH THE PURPOSES SET FORTH IN THE

14:41:49  24  STATUTE.  I HAVE CONSIDERED ALL ARGUMENTS THAT YOUR

14:41:52  25  LAWYER'S MADE BOTH HERE IN COURT AND IN THE MEMO.  I HAVE

14:41:55 1 CONSIDERED THE LETTERS AND OTHER MATERIALS THAT YOUR

14:41:57 2 COUNSEL SUBMITTED. I HAVE CONSIDERED YOUR STATEMENT, SIR.

14:41:59 3 I HAVE CONSIDERED THE POSITION OF THE UNITED STATES. I

14:42:01 4 HAVE CONSIDERED THE ADVISORY GUIDELINE RANGE. AMONG OTHER

14:42:06 5 THINGS, I'M TO CONSIDER THE NATURE AND CIRCUMSTANCES OF THE

14:42:08 6 OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE

14:42:10 7 DEFENDANT, THE NEED FOR THE SENTENCE IMPOSED TO REFLECT THE

14:42:13 8 SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT FOR THE LAW,

14:42:16 9 AND TO PROVIDE JUST PUNISHMENT. THE NEED FOR THE SENTENCE

14:42:19 10 IMPOSED TO DETER OTHERS WHO MIGHT CHOOSE TO ENGAGE IN THE

14:42:22 11 CRIMINAL BEHAVIOR THAT BRINGS YOU HERE. THE NEED FOR THE

14:42:25 12 SENTENCE IMPOSED TO PROTECT THE PUBLIC FROM FURTHER CRIME

14:42:28 13 BY YOU. THE NEED FOR THE SENTENCE IMPOSED TO PROVIDE YOU

14:42:31 14 WITH NEEDED EDUCATIONAL OR VOCATIONAL TRAINING, MEDICAL

14:42:34 15 CARE, OR OTHER CORRECTIONAL TREATMENT IN THE MOST EFFECTIVE

14:42:36 16 MANNER. THE STATUTE LISTS NUMEROUS OTHER FACTORS. I'VE

14:42:39 17 CONSIDERED ALL OF THOSE FACTORS ALTHOUGH I WON'T MENTION

14:42:41 18 EACH ONE INDIVIDUALLY.

14:42:43 19 AS FOR THE NATURE AND CIRCUMSTANCE OF THE OFFENSE,

14:42:44 20 YOU DID PARTICIPATE IN THIS CONSPIRACY TO DISTRIBUTE AND

14:42:47 21 POSSESS WITH THE INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF

14:42:50 22 A MIXTURE OR SUBSTANCE CONTAINING A DETECTIBLE AMOUNT OF

14:42:53 23 FENTANYL. AS WE'VE TALKED ABOUT HERE TODAY, THE REPORT

14:42:56 24 DETAILS THE SCOPE OF THE CONSPIRACY AND DETAILS YOUR

14:43:03 25 CONDUCT IN THIS TIME PERIOD WHEN -- BEGINNING IN

14:43:07  1    PARAGRAPH -- ESSENTIALLY, IN PARAGRAPH 47 OF THE PSR, IN

14:43:11  2    RETURNING TO RALEIGH IN MAY OF 2024 FROM TEXAS AND YOUR

14:43:21  3    NEPHEW ISAIAH WEEKS.  YOU'RE DRIVING HIM TO COLLECT MONEY

14:43:29  4    BECAUSE THERE'S -- THE PLAN, OBVIOUSLY, IS TO GO TO ARIZONA

14:43:32  5    TO BUY DRUGS.  AND THEN THERE'S THE INFORMATION ABOUT THE

14:43:36  6    GEOLOCATION DATA, THE TEXTS WHERE YOU DISCUSS GOING WITH

14:43:41  7    YOUR NEPHEW TO ARIZONA TO GET THE DRUGS.  AND CERTAINLY

14:43:48  8    THAT THE TEXTS PRIOR TO THAT, IN APRIL OF 2024,

14:43:57  9    REFERENCING, YOU KNOW, A TRAP THAT HAD BEEN HIT.  AND SO --

14:44:05  10   I MEAN, YOU'RE IN IT, CERTAINLY, IN THIS TIME PERIOD.  AND

14:44:08  11   THEN, OBVIOUSLY, YOU TRAVEL WITH THE NARCOTICS ON THE

14:44:12  12   GREYHOUND BUS.  AND WE HAVE THE -- THE ARREST.

14:44:21  13        AND IT'S JUST A SHOCKING AMOUNT OF NARCOTICS, OF

14:44:26  14   FENTANYL.  AND AS I SAID IN TALKING WITH YOUR LAWYER,

14:44:29  15   FENTANYL IS JUST A PLAGUE.  IT HAS BEEN A PLAGUE.  SO MANY

14:44:43  16   FAMILIES HAVE HAD TO BURY THEIR CHILDREN BECAUSE A DRUG

14:44:56  17   DEALER DECIDED TO BE A FENTANYL DEALER.  AND, YOU KNOW,

14:45:02  18   AGAIN, THIS ISN'T A SO-CALLED FENTANYL DEATH CASE.  YOU

14:45:06  19   KNOW, THE -- YOU'RE ARRESTED WITH IT.

14:45:08  20        BUT THE VOLUME OF THE FENTANYL IS JUST STAGGERING,

14:45:13  21   AND THAT IS ONE OF THE FACTORS.  AND I'M NOT GOING TO LET

14:45:17  22   IT OVERWHELM THE 3553(A) FACTORS, BUT IT'S CERTAINLY

14:45:21  23   APPROPRIATE TO CONSIDER WHEN WE THINK ABOUT THE

14:45:23  24   SERIOUSNESS.  EVEN CREDITING, FOR JUST PURPOSES OF

14:45:28  25   DISCUSSION, YOUR COUNSEL'S ARGUMENT ABOUT SORT OF WHERE YOU

14:45:30  1    FIT INTO THIS, THE SHEAR VOLUME OF THIS, AND THEN THE

14:45:36  2    REFLECTION IN THE MESSAGES OF, YOU KNOW, FRONTING DRUGS TO

14:45:41  3    SOMEBODY THAT'S ON AN ANKLE MONITOR, I DON'T REALLY VIEW IT

14:45:45  4    AS PUFFERY AT ALL.  I VIEW IT AS CALLOUSNESS.  AND AGAIN, I

14:45:50  5    THINK IT'S DOUBLE EDGED.

14:45:51  6         THE CHAOS, YOU KNOW, CERTAINLY THE ADULTS IN YOUR

14:45:54  7    LIFE FAILED YOU.  THE REPORT SAID YOUR FATHER WAS 63 WHEN

14:45:58  8    YOU WERE BORN.  YOUR MOTHER HAS DRUG PROBLEMS.  SHE HAS

14:46:03  9    A -- YOU KNOW, EITHER A HEART ATTACK OR AN OVERDOSE OR

14:46:05  10   WHATEVER.  YOU KNOW, SHE'S -- YOU'RE 5 OR 6 AND SHE'S GONE.

14:46:09  11   YOU HAVE ANOTHER -- YOU KNOW, YOU HAVE AN OLDER

14:46:13  12   HALF-BROTHER WHO IS TERRIBLE.  AND YOU -- BUT THEN, YOU

14:46:18  13   KNOW, THE OTHER FLIP SIDE OF IT -- RIGHT?  THE THOMASES'

14:46:21  14   LETTERS ARE VERY COMPELLING.  RIGHT?  BUT YOU COULD BE.

14:46:24  15        AND, YOU KNOW, YOU'RE GOING TO LIVE OUT WHATEVER

14:46:27  16   SENTENCE I GIVE YOU.  YOU HAVE THE CAPACITY AND HAVE ALWAYS

14:46:30  17   HAD THE CAPACITY.  YOU HAD A ROLE MODEL.  RIGHT?  YOU'VE

14:46:34  18   HAD -- YOU'RE A LIVING TESTAMENT TO THE REALITY THAT A

14:46:40  19   PERSON BECOMES PART OF WHAT HE'S AROUND, WHETHER IT'S GOOD

14:46:43  20   OR BAD, WHETHER IT'S UPLIFTING OR DEGRADING.  AND THEN WHO

14:46:46  21   YOU ASSOCIATE WITH WILL INFORM IN DRAMATIC WAYS WHAT YOU

14:46:52  22   BECOME.  BECAUSE WHEN YOU'RE IN THIS LIFE, REFLECTED IN

14:46:58  23   THESE TEXTS AND IN THESE CHOICES HERE -- AND I ALSO GET THE

14:47:03  24   ARGUMENT -- RIGHT?  YOU KNOW, YOU START SMOKING AT 12

14:47:06  25   BECAUSE YOU'RE IN AN ENVIRONMENT WHERE THIS IS JUST NORMAL

14:47:09  1  BEHAVIOR.  IT'S WHAT PEOPLE DO GROWING UP.  WELL, YOU'RE 12

14:47:13  2  YEAR OLD, WELL, IT'S TIME TO START SMOKING MARIJUANA.

14:47:16  3          IT'S NOT NORMAL.  IT'S NOT HEALTHY.  IT'S NOT

14:47:18  4  GOOD.  BUT YOU'RE 30.  AND THE THOMASES -- THIS IS DOUBLE

14:47:26  5  EDGED.  RIGHT?  THEY SHOWED YOU THE RIGHT PATH, THE RIGHT

14:47:32  6  CHOICE, THE RIGHT WAY TO LIVE, AND YOU CHOSE A DIFFERENT

14:47:39  7  PATH.  AND THERE ARE CONSEQUENCES FOR THAT.  ESPECIALLY

14:47:44  8  WHEN IT'S THIS DRAMATICALLY POOR OF A CHOICE, WITH THIS

14:47:52  9  VOLUME OF NARCOTICS, THIS PARTICULAR NARCOTIC.

14:47:59  10          I MEAN, I'VE TAKEN INTO ACCOUNT THE ARGUMENTS.  I

14:48:02  11  DON'T THINK THE CRIMINAL HISTORY CATEGORY IS OVERSTATED.  I

14:48:06  12  MEAN, I RECOGNIZE THE TIMING ASSOCIATED WITH THE B&ES, THE

14:48:14  13  LARCENY AFTER BREAKING AND ENTERING, IN SCOTLAND COUNTY

14:48:17  14  SUPERIOR COURT.  PLEAD GUILTY, GET A SUSPENDED SENTENCE.

14:48:21  15  BUT THEN PROBATION GETS REVOKED BY ENGAGING IN -- YOU KNOW,

14:48:26  16  THE SUPERVISION ADJUSTMENT IS ENGAGING IN NEW CRIMINAL

14:48:29  17  CONDUCT.  AND YOU HAVE THE POSSESSION OF FIREARM BY A

14:48:33  18  FELON.

14:48:34  19          AND, AGAIN, YOU KNOW, THERE'S -- THERE'S -- THERE

14:48:38  20  IS SOME WORK HISTORY.  I MEAN, YOU HAVE THE CAPACITY TO

14:48:42  21  WORK.  YOU CERTAINLY -- THE REPORT INDICATES YOU HAVE SOME

14:48:48  22  COLLEGE, BUT, YOU KNOW, THE REPORT INDICATES AND I -- YOU

14:48:55  23  KNOW, YOUR LAWYER TELLS ME YOU RENOUNCE LIFE IN THE GANG.

14:49:00  24  THE REPORT TELLS ME YOU'RE A THREE STAR.  AND THE TEXTS

14:49:04  25  TELL ME AT THE TIME YOU WERE WRITING THEM, WHICH WAS IN

14:49:10  1    2024, YOU WERE ALL IN.  EVEN TO THE SILLINESS OF NOT USING

14:49:17  2    THE LETTER "C."  BITY.  LUNACY.  THAT'S WHAT IT IS.

14:49:28  3          BUT AGAIN, THAT'S CHOICE.  THAT'S LIFE CHOICES.

14:49:33  4    THAT'S DECISIONS ABOUT WHO TO ASSOCIATE WITH.  A PERSON

14:49:36  5    GETS THE LIFE AT WHICH HE AIMS MOST ALL THE TIME.  AIM

14:49:46  6    DOWN, AIM AT "I WANT TO BE IMPORTANT IN THE GANG," YOU GET

14:49:51  7    TO STAND RIGHT WHERE YOU'RE STANDING.  AND ONLY YOU'LL

14:49:57  8    DECIDE.

14:49:57  9          I MAKE EVERY RECOMMENDATION YOUR LAWYER ASKS FOR.

14:50:02  10   AND THE THOMASES CERTAINLY SPEAK OF YOU IN A WAY THAT THEY

14:50:06  11   HAVE HOPE.  AND THEY KNOW YOU BETTER THAN I DO.  BUT YOUR

14:50:14  12   BEHAVIOR, HONESTLY, HAS BROUGHT SHAME TO THEM.  BECAUSE

14:50:19  13   THEY SHOWED YOU A BETTER WAY AFTER SO MANY OTHER PEOPLE

14:50:21  14   FAILED YOU.  AND THEN AGAIN, YOUR CHOICE WAS "I'M READY TO

14:50:28  15   POISON PEOPLE WITH FENTANYL" AS PART OF THIS CONSPIRACY.

14:50:37  16   "EVEN THOUGH I'VE HAD TWO FAMILY MEMBERS DIE OF OVERDOSES

14:50:42  17   OR DRUG-RELATED DISEASES."  THERE IS A SERIOUS

14:50:48  18   DISASSOCIATION.

14:50:48  19          AND I'LL ACCEPT YOUR COUNSEL'S ARGUMENT.  RIGHT?

14:50:52  20   AND I'LL MAKE THE RECOMMENDATION ABOUT DRUG TREATMENT.

14:50:56  21   YEAH, AND ONLY YOU CAN DECIDE *HOW IS MY LIFE GOING?*

14:51:00  22   SMOKING MARIJUANA SINCE YOU WERE 12.  IN THE LIFE.

14:51:04  23   REJECTING THE LIFE THAT THE THOMASES SHOWED YA.  ONLY YOU

14:51:08  24   CAN DECIDE WHICH WAY TO GO.

14:51:13  25          I CAN TELL YOU THIS:  NO SENIOR GANG MEMBER EVER

14:51:17 1  JUST SAYS, YOU KNOW, I HAD A GREAT CAREER IN A GANG, IT'S

14:51:20 2  35 YEARS, GET A NICE LITTLE PENSION, BUY A PLACE DOWN IN

14:51:21 3  SOUTH FLORIDA WHEN I RETIRE.  UH-UH.  THAT'S NOT JUST HOW

14:51:24 4  IT IS.  YOU CAN DIE ON THE STREET, DIE IN A PRISON, AND THE

14:51:35 5  CHOICE IS YOURS.  AND IT ALWAYS HAS BEEN.  AND IT ALWAYS

14:51:39 6  WILL BE.  AND I DON'T THINK A SENTENCE AT THE MANDATORY

14:51:47 7  MINIMUM WOULD PROMOTE RESPECT FOR THE LAW.  I DON'T THINK

14:51:51 8  IT WOULD GENERALLY DETER OTHERS.

14:51:55 9          THOSE WHO THINK *I'M GOING TO MAKE ME SOME MONEY,*

14:52:00 10 *I'M GOING TO BE A FENTANYL DEALER*, THEY NEED TO KNOW

14:52:03 11 THEY'RE GOING TO GET A SERIOUS SENTENCE AROUND HERE.

14:52:10 12 BECAUSE THE PLAGUE NEEDS TO END, OR AT LEAST NEEDS TO SLOW

14:52:19 13 DOWN.  YOU NEED TO BE INCAPACITATED BECAUSE NOTWITHSTANDING

14:52:27 14 THE GLIMMERS OF HOPE IN SOME OF THE LETTERS, SOME OF WHAT

14:52:34 15 YOU SAY IN THESE TEXTS SHOWS ANOTHER SIDE OF YA THAT'S NOT

14:52:39 16 GOOD.  AND I DON'T THINK IT'S ALL JUST BRAVADO.  I THINK

14:52:49 17 IT'S PART OF WHO YOU ARE.  AND THE QUESTION IS WHETHER

14:52:53 18 THAT'S GOING TO CONTINUE TO BE WHO YOU ARE.  AND ONLY

14:52:56 19 YOU'LL DECIDE THAT.

14:52:59 20         THE THOMASES CAN'T HOPE YOU TO A BETTER PLACE.

14:53:02 21 THE ONLY WAY YOU GET TO A BETTER PLACE IS BY CHANGING WHO

14:53:05 22 YOU ASSOCIATE WITH, CHANGING WHAT YOU PUT IN YOUR MIND, AND

14:53:08 23 CHANGING WHAT YOU PUT IN YOUR BODY.  IT'S THE ONLY WAY.

14:53:12 24 AND IF YOU DON'T CHANGE THOSE THINGS, THIS IS GOING TO BE

14:53:16 25 THE FIRST FEDERAL INSTALLMENT OF A TWO- OR THREE-TRIP

14:53:23 1 TICKET TO LIFE IN PRISON ON THE INSTALLMENT PLAN IN A

14:53:30 2 FEDERAL PENITENTIARY.

14:53:32 3 AND THAT'S FAIR, THOUGH. THAT'S THE THING. IT'S

14:53:34 4 FAIR BECAUSE FENTANYL IN PARTICULAR IS DESTROYING SO MANY

14:53:45 5 LIVES, SO MANY FAMILIES, SO MANY COMMUNITIES, ALL IN THE

14:53:51 6 NAME OF GREED AND DISASSOCIATING FROM THE DRAMATIC HARM

14:53:59 7 THAT IT CAUSES TO SO MANY INDIVIDUALS, SO MANY FAMILIES,

14:54:05 8 HOW MUCH CHAOS IT INTRODUCES TO CHILDREN'S LIVES.

14:54:14 9 HAVING FULLY CONSIDERED THE ENTIRE RECORD IN THE

14:54:15 10 CASE, THE NEED TO PROMOTE RESPECT FOR THE LAW, TO PROVIDE

14:54:19 11 JUST PUNISHMENT, TO INCAPACITATE THIS DEFENDANT, TO

14:54:23 12 GENERALLY DETER OTHERS, IT'S THE JUDGMENT OF THE COURT THAT

14:54:38 13 SHAKEIM WEEKS IS HEREBY COMMITTED TO THE CUSTODY OF THE

14:54:41 14 BUREAU OF PRISONS TO BE IMPRISONED FOR 168 MONTHS. UPON

14:54:44 15 RELEASE, YOU'LL BE PLACED ON SUPERVISED RELEASE FOR FIVE

14:54:45 16 YEARS.

14:54:47 17 AFTER CAREFULLY CONSIDERING THE PROVISIONS OF

14:54:50 18 3583(D) AND 3553(A), YOU SHALL COMPLY WITH THE MANDATORY

14:54:52 19 AND STANDARD CONDITIONS OF SUPERVISION ADOPTED IN THE

14:54:55 20 EASTERN DISTRICT OF NORTH CAROLINA AS REFERENCED IN THE

14:54:56 21 GOVERNING STANDING ORDER. YOU SHALL COMPLY WITH THE

14:54:59 22 FOLLOWING SPECIAL CONDITIONS WHICH ARE IMPOSED BASED ON THE

14:55:01 23 NATURE AND CIRCUMSTANCES OF THE OFFENSE, YOUR HISTORY AND

14:55:04 24 CHARACTERISTICS, YOUR CRIMINAL HISTORY, YOUR SUBSTANCE

14:55:07 25 ABUSE AND MENTAL HEALTH HISTORY, THE NEED TO ADEQUATELY

14:55:11  1  SUPERVISE YOU BASED ON THESE ISSUES:

14:55:16  2          ONE, YOU SHALL PARTICIPATE AS DIRECTED IN A

14:55:18  3  PROGRAM APPROVED BY PROBATION FOR THE TREATMENT OF NARCOTIC

14:55:20  4  ADDICTION, DRUG DEPENDENCY OR ALCOHOL DEPENDENCY, WHICH

14:55:24  5  WILL INCLUDE URINALYSIS TESTING OR OTHER DRUG DETECTION

14:55:24  6  MEASURES AND MAY REQUIRE RESIDENCE OR PARTICIPATION IN A

14:55:27  7  RESIDENTIAL TREATMENT FACILITY.

14:55:28  8          TWO, YOU SHALL PARTICIPATE IN A PROGRAM OF MENTAL

14:55:30  9  HEALTH TREATMENT AS DIRECTED BY THE PROBATION OFFICE.

14:55:32  10          THREE, YOU SHALL SUBMIT TO A SEARCH AT ANY TIME

14:55:34  11  WITH OR WITHOUT A WARRANT BY ANY LAW ENFORCEMENT OR

14:55:36  12  PROBATION OFFICER OF YOUR PERSON, ANY PROPERTY, HOUSE,

14:55:38  13  RESIDENCE, VEHICLE, AND EFFECTS UPON REASONABLE SUSPICION

14:55:41  14  CONCERNING A VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

14:55:43  15  OR UNLAWFUL CONDUCT BY THE DEFENDANT, OR BY ANY PROBATION

14:55:45  16  OFFICER IN THE LAWFUL DISCHARGE OF THE OFFICER'S

14:55:48  17  SUPERVISION FUNCTIONS.  YOU SHALL COOPERATE IN THE

14:55:51  18  COLLECTION OF DNA AS DIRECTED BY THE PROBATION OFFICER.

14:55:52  19  YOU SHALL PAY A SPECIAL ASSESSMENT OF $100, WHICH SHALL BE

14:55:55  20  DUE IMMEDIATELY.

14:55:56  21          I'VE IMPOSED THIS SENTENCE HAVING FULLY CONSIDERED

14:55:59  22  ALL OF THE ARGUMENTS OF COUNSEL.  EVEN IF I HAVEN'T

14:56:02  23  PARROTED BACK EVERY ARGUMENT, I BALANCED THE 3553(A)

14:56:06  24  FACTORS DIFFERENTLY THAN DEFENSE COUNSEL SUGGESTED.  I

14:56:09  25  BELIEVE I PROPERLY CALCULATED THE ADVISORY GUIDELINE RANGE,

14:56:11   1    PROPERLY ADDRESSED THE OBJECTION, BUT I ANNOUNCE PURSUANT

14:56:14   2    TO *U.S. V. GOMEZ-JIMENEZ*, 750 F.3D 370 (4TH CIR. 2014) AND

14:56:19   3    *U.S. V. HARGROVE*, 701 F.3D 156 (4TH CIR. 2012), THAT I'D

14:56:22   4    IMPOSE THE SAME SENTENCE AS AN ALTERNATIVE VARIANT

14:56:25   5    SENTENCE. IF I HAVE IN ANY WAY MISCALCULATED THE ADVISORY

14:56:27   6    GUIDELINE RANGE, THIS IS THE SENTENCE SUFFICIENT BUT NOT

14:56:29   7    GREATER THAN NECESSARY FOR MR. WEEKS IN LIGHT OF ALL OF THE

14:56:31   8    3553(A) FACTORS.

14:56:32   9        I RECOMMEND THAT HE BE KEPT SEPARATE FROM

14:56:35  10    CODEFENDANTS IN THE INDICTMENT.

14:56:36  11        I RECOMMEND VOCATIONAL AND EDUCATIONAL

14:56:38  12    OPPORTUNITIES SO MR. WEEKS CAN USE HIS INTELLIGENCE TO GAIN

14:56:41  13    ADDITIONAL SKILLS AND LIVE IN A LAW-ABIDING WAY IN WHATEVER

14:56:44  14    TIME HE HAS REMAINING ON THIS EARTH.

14:56:46  15        I RECOMMEND THE MOST INTENSIVE SUBSTANCE ABUSE

14:56:47  16    TREATMENT AVAILABLE.

14:56:48  17        I RECOMMEND A MENTAL HEALTH EVALUATION AND

14:56:51  18    TREATMENT.

14:56:52  19        I RECOMMEND A B.O.P. IN NORTH CAROLINA, VIRGINIA,

14:56:59  20    OR SOUTH CAROLINA SUBJECT TO THE KEEP SEPARATE ORDER. THE

14:57:03  21    KEEP SEPARATE ORDER IS THE MOST IMPORTANT PART OF THAT. HE

14:57:06  22    SHOULD NOT BE HOUSED WITH ANY OF HIS CODEFENDANTS.

14:57:09  23        MR. WEEKS, YOU CAN APPEAL YOUR CONVICTION IF YOU

14:57:11  24    BELIEVE THAT YOUR GUILTY PLEA WAS SOMEHOW UNLAWFUL OR

14:57:13  25    INVOLUNTARY, IF THERE'S SOME OTHER FUNDAMENTAL DEFECT IN

| | | |
|---|---|---|
| 14:57:16 | 1 | THE PROCEEDING THAT WAS NOT WAIVED BY YOUR GUILTY PLEA. |
| 14:57:17 | 2 | YOU ALSO HAVE A STATUTORY RIGHT TO APPEAL YOUR SENTENCE |
| 14:57:19 | 3 | UNDER CERTAIN CIRCUMSTANCES, PARTICULARLY IF YOU THINK YOUR |
| 14:57:21 | 4 | SENTENCE IS CONTRARY TO LAW. |
| 14:57:23 | 5 | WITH FEW EXCEPTIONS, ANY NOTICE OF APPEAL MUST BE |
| 14:57:25 | 6 | FILED WITHIN 14 DAYS OF THE JUDGMENT BEING ENTERED ON THE |
| 14:57:28 | 7 | DOCKET IN YOUR CASE.  IF YOU'RE UNABLE TO PAY THE COST OF |
| 14:57:30 | 8 | AN APPEAL, YOU MAY APPLY FOR LEAVE TO APPEAL IN FORMA |
| 14:57:33 | 9 | PAUPERIS.  IF YOU SO REQUEST, THE CLERK OF COURT WILL |
| 14:57:35 | 10 | PREPARE AND FILE A NOTICE OF APPEAL ON YOUR BEHALF. |
| 14:57:37 | 11 | MR. ALLEN, ARE THERE ANY OTHER RECOMMENDATIONS YOU |
| 14:57:40 | 12 | WANTED ME TO MAKE OR ANY OTHER 3553(A) FACTORS YOU WANTED |
| 14:57:43 | 13 | ME TO ADDRESS? |
| 14:57:43 | 14 | MR. ALLEN:  NO, YOUR HONOR.  THANK YOU. |
| 14:57:44 | 15 | THE COURT:  ANYTHING ELSE, MS. PEADEN? |
| 14:57:46 | 16 | MS. PEADEN:  NO, YOUR HONOR.  THANK YOU. |
| 14:57:47 | 17 | THE COURT:  I THANK COUNSEL FOR THEIR WORK.  THAT |
| 14:57:47 | 18 | WILL CONCLUDE THE MATTER OF MR. WEEKS. |
| 14:57:48 | 19 | GOOD LUCK TO YOU, SIR. |
| 14:57:48 | 20 | MR. ALLEN:  YOUR HONOR, I BEG YOUR PARDON.  MAY I |
| 14:57:51 | 21 | PRESERVE AN OBJECTION TO THE ALTERNATE VARIANCE? |
| 14:57:54 | 22 | THE COURT:  YES. |
| 14:57:56 | 23 | MR. ALLEN:  THANK YOU, YOUR HONOR. |
| 14:57:56 | 24 | (THE PROCEEDINGS CONCLUDED AT 2:57 P.M.) |
| | 25 | *    *    * |

```
1                    UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF NORTH CAROLINA

3

4

5                    CERTIFICATE OF OFFICIAL REPORTER

6

7               I, JENNIFER C. CARROLL, RMR, CRR, CRC,

8      FEDERAL OFFICIAL COURT REPORTER, IN AND FOR THE UNITED

9      STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH

10     CAROLINA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

11     TITLE 28, UNITED STATES CODE, THAT THE FOREGOING IS A TRUE

12     AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

13     PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

14     TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

15     REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED

16     STATES.

17

18

19     DATED THIS 11TH DAY OF AUGUST, 2025.

20

21
                              /S/ JENNIFER C. CARROLL
22                            JENNIFER C. CARROLL, RMR, CRR, CRC
                              U.S. OFFICIAL COURT REPORTER
23

24

25
```